ATT. A

Free $1000 BestBuy Gift Card



**McKenney Att. A**
**Page 1**

$1000 BestBuy Gift Card



**This Gift Redemption Program is an independent rewards program for consumers and is not affiliated with, sponsored by or endorsed by any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners.**
THE FOLLOWING IS A SUMMARY OF PROGRAM REQUIREMENTS. SEE TERMS & CONDITIONS FOR COMPLETE DETAILS. Members are being accepted subject to the following Program Requirements: 1) Must be a legal US resident; 2) must be at least 18 years old or older; 3) must have a valid email and shipping address; 4) Eligible members can receive the incentive gift package by completing two reward offers from each of the Silver and Gold reward offer page options and nine reward offers from the Platinum reward offer page options and refer 3 friends to do the same. Various types of reward offers are available. Completion of reward offers most often requires a purchase or filing a credit application and being accepted for a financial product such as a credit card or consumer loan. The following link illustrates a Representative Sample of reward offers by group along with monetary and non-monetary obligations. Failure to submit accurate registration information will result in loss of eligibility. This promotion is administered solely by this website. The manufacturers and retailers of the gift items offered through our programs have not endorsed this promotion and are not affiliated with the promotion in anyway. Please read the Terms and Conditions for complete program details. Your information will be shared with our marketing partners. Please read the Privacy Policy for more details.

Copyright © 2012 bestbuy.myrewards2day.com All rights reserved.

**McKenney Att. A
Page 2**

# REWARD OFFER DETAILS

Various types of Reward offers are available. To participate in most Reward offers accepting a product trial, making purchase or completing a credit application is required. This section includes summary information on participating in these most common types of Reward offers. You may scroll down to review specific offers.

For product trial offers you must typically pay a fee for shipping and/or processing to evaluate the Reward's product. If you do not cancel within the trial period you will be billed at the Reward's posted rate. To receive credit for participating in a trial offer you are not required to remain a customer beyond the trial period, however, we encourage our members to only participate in trials that interest them and allow enough time to seriously consider the product offered by our Reward.

To participate in a Reward offer that requires a purchase you must accept the goods and/or services and await the expiration of the refund period. Reward offers may also include financial offers such as credit cards and loan products that require a credit application.

In order to receive credit for participating in a financial offer you must be approved and accept the underlying credit card or loan product. For credit cards you may also be required use the card by making a purchase or balance transfer and remain a cardholder in good standing for at least ninety days.

The consideration required to complete Reward offers typically increases as you progress through the Top, Prime and Premium offer pages. Prior to completing any Reward offers you may navigate the offer pages and review a sample of available offers. Additional offers are also available in the member login area.

**The following section contains a representative sample of the type of sponsor offers offered in conjunction with this promotion. These offers are administered by third-party advertising clients and are subject to change without notice. It is important that you review all current terms and conditions related to any offer that interests you prior to completing the offer.**

**Other offers may also be presented. Please review the specific terms and conditions related to those offers carefully at the time of sign up.**

## SILVER OFFERS

**Netflix**: Two-week trial period. Thereafter membership subscription costs a minimum of $8.99 per month, based on subscription selected, until you cancel your subscription.

**Onlingo**: For free trial, pay $6.95 for shipping and processing to try kit for 14 days. If not cancelled during trial period, subsequent kits will be automatically shipped about every 30 days until cancelled for a discounted price of $69.95.

**Columbia House DVD**: Buy 5 DVD's for $0.49 each plus $1.99 shipping and processing per unit (if you buy an additional discount ($14.95) DVD, shipping is FREE). Buy 5 additional DVDs over the next year at prices as low as $19.95 or more plus shipping and processing. You may cancel at any time after doing so.

**BuyLow Auctions:** Pay $4.95 for the BuyLow Auctions 10-Bid Trial Pack. You'll have 3 days from your sign-up date to evaluate the service. If you enjoy BuyLowAuctions.com, simply do nothing. Your credit card will be charged the low price of $49.82 at the end of your 3 day trial period. At that time you will be given 60 Bid Credits. If you are not pleased with the service, just call 412-246-0754 or email us at http://www.buylowauctions.com/index.php?/site/service.html. Trial charges are non refundable. When you accept this trial offer, you will receive a FREE membership in the BuyLow Auctions Bidders Club. That means 3 days after your sign up date you will receive 60 Bid Credits. To ensure you don't run out, you'll continue to get 60 Bid Credits every 30 days for the discounted club price of $49.82. No commitments, no hassles. Cancel anytime.

**Quality Paperback Book Club:** Choose 4 books for $1 each (plus shipping and processing and applicable taxes) plus a FREE gift with membership and you will be charged once membership is approved. The credit/debit card you provide will be used for your introductory offer and any future orders

and charges. You must keep a credit/debit card on file during your membership. Once you become a member, if you wish to change your credit/debit card, just contact Customer Service. Members accepted in USA. **Easy Membership**: Just buy 2 books at regular Club prices in the next year (purchases of non-book items and specially priced books do not count toward your purchase commitment - See Member's Corner in your Club catalog or online in the FAQs for details). You may cancel any time after that.

You can make your first Club purchase now for just $4.99 (plus shipping and processing and applicable taxes) and reduce your commitment to 1 book in the next year.

**Eternal Minerals:** You can start your trial now to receive the Eternal Minerals Dead Sea Discovery Kit, pay only for shipping and handling & the cost of the trial, $9.95. You'll have 14 days from your sign-up date to evaluate the product and see the results for yourself. If you enjoy our kit, simply do nothing. Your credit card will be charged the low price of $79.99 at the end of your 14 day trial period. If you are not amazed with your results, just call 866-363-6797 or email us at service@eternalminerals.com to cancel your membership and return the remaining portion of the product. Please keep in mind, once the order is submitted, your trial shipment cannot be canceled. Trial and shipping and handling charges are non refundable. Plus, when you accept this trial offer, you will also receive a FREE membership in the Eternal Minerals Spa Club. That means 45 days after your sign-up date you will be shipped a fresh supply of Eternal Minerals. To ensure you don't run out, you'll continue to get a new shipment every 45 days for the discounted club price of $59.99. No commitments, no hassles, cancel anytime.

## GOLD OFFERS

**ColoSLIM:** By ordering today you will receive a 30-day supply of ColoSLIM™ Weight loss and Cleansing aid to try for 15 days for just $1.00, plus a S&H fee of up to $9.42. In addition, you will also be enrolled in the ColoSLIM™ Living Clean and Lean Club. If you do not cancel your club membership within 15 days from the date of shipment and return the unused portion of your 30-day supply in accordance with the Returns and Refunds Policy you will be billed $79.41 for the 30-day supply, and continue to be billed every month at the club price of $79.41, plus S&H for each 30-day supply until you cancel. You can cancel your membership by contacting customer service via phone at 1-866-514-6870 or by clicking here to cancel online. Please note that your credit or debit card information may be transferred to our third-party marketing partners if you choose to participate in any of their programs following this transaction.

**Eyepothesis:** How the Offer Works, enroll in an 8-day Trial, receive a 30-day supply, and your credit card will be charged $1.00 (non-refundable) S&P. If it is not right for you, call 1-866-711-2829 within 8 days of your initial order to cancel your trial and owe nothing more. You must take affirmative action to avoid further charges. Return the unused portion of the shipment, the trial is yours to keep. Otherwise, at the end of the trial you will be automatically enrolled in our Forever Young™ Club and your credit card will be charged $78.41 for the product you received. Every 30 days thereafter you will be sent a new 30 day supply and your credit card will be billed $78.41 (40% discount off retail price) plus $5.95 S&P.

**National Credit Report:** Our Free Credit Report and Free Credit Score offers include one Free Experian™ Credit Report and one Free Experian™ Credit Score. This offer also includes a Free 7-day trial in our Triple Safeguard Credit Monitoring™ Service which sends you email alerts each time there is an inquiry made to your credit file with each of the three credit reporting agencies (i.e. Experian™, Equifax™, and TransUnion™). Upon ordering free comprehensive credit report and credit score product, your credit card will be authorized to spend $14.95 which will be charged to your credit card at the conclusion of the Free 7- day trial.

NationalCreditReport.com™ offers you an easy and immediate way to see your comprehensive FREE Credit Report and FREE Credit Score as well as your 3-in-1 credit reports from all three credit reporting agencies. Simply complete the appropriate order form and click through to see your free credit report(s) and/or free credit score(s) within a few minutes. Along with the delivery of your comprehensive credit report and credit score products, you will receive a complimentary 7-day trial of Triple Safeguard Credit Monitoring™ Service and $25,000 of ID Theft Insurance*. Membership in Triple Safeguard Credit Monitoring™ and the ID Theft Insurance will continue past the trial membership at a cost of $14.95 per month, unless cancelled prior to the end of the 7-day trial period.

Please note that the first day of the 7-day trial starts the same day that you place your order. There is no obligation and you may cancel your membership at any time. Your comprehensive Free Credit Report and Free Credit Score are yours to keep.  You are free to cancel your credit monitoring trial at any time and must notify us by phone at 1.888.887.4287 (Monday- Friday, 9:00 a.m. to 5:00 p.m., Eastern Standard Time) during the 7-day Credit Monitoring Service trial if you do not want to continue your Triple

Safeguard Credit Monitoring™ membership past the Free 7-day trial period. Otherwise, your credit card will be charged $14.95 per month for each month that you continue your membership in this important credit monitoring service.

**ReCharge Energy Drink: Trial Information:** Register for your 10 day Trial of ReCharge Energy to receive a full 30-day supply for just $6.87 (price includes shipping and processing). You will have 10 days from your order date to try ReCharge Energy for yourself. If you enjoy ReCharge Energy simply do nothing, at the end of your 10 day trial period you will be billed the discounted price of $83.17. If for any reason you feel ReCharge Energy is not for you simply call or email customer service within your 10 day trial period to cancel your membership and to receive return instructions. No commitments, no hassles. **ReCharge Energy Club:** If you decide to keep the ReCharge Energy trial, you will be enrolled into the ReCharge Energy Club. That means 30 days after your sign up date you will be shipped a full 1 month supply of ReCharge Energy. You will continue to get a fresh shipment every 30 days for the low price of $83.17. You can cancel any time by calling or emailing Customer Service. No risk, no obligation, cancel any time! **Taxes:** All Pennsylvania orders are subject to a 7% sales tax.

**Simple Brite: Trial Information:** Register for your 10 day Trial of SimpleBrite to receive a full 30-day supply for just $6.95 (price includes shipping and processing). You will have 10 days from your order date to try SimpleBrite for yourself. If you enjoy SimpleBrite simply do nothing, at the end of your 10 day trial period you will be billed the discounted price of $73.17. If for any reason you feel SimpleBrite is not for you simply call or email customer service within your 10 day trial period to cancel your membership and to receive return instructions. No commitments, no hassles. **SimpleBrite Club:** If you decide to keep the SimpleBrite trial, you will be enrolled into the SimpleBrite Club. That means 30 days after your sign up date you will be shipped a full 1 month supply of SimpleBrite. You will continue to get a fresh shipment every 30 days for the low price of $73.17. You can cancel any time by calling or emailing Customer Service. No risk, no obligation, cancel any time! **Taxes:** All Pennsylvania orders are subject to a 7% sales tax.

**Discover Miles Card:** Requires signing up and being accepted for the card.

**Blockbuster:** Your first month subscription will be for $9.99. Thereafter you will be charged $19.99 per monthly subscription until you cancel your membership.

**Discover:** Requires signing up and being accepted for the credit card. No annual fee.

## PLATINUM OFFERS

**Netflix:** Two-week trial period. Thereafter membership subscription costs a minimum of $8.99 per month, based on subscription selected, until you cancel your subscription.

**Purity Mineral:** Register for a $1.00 trial of Purity by Mineral Science to receive a full two-month supply of the Purity Mineral Collection. You pay only for shipping and handling ($7.95) & the cost of the trial. You will have 14 days to evaluate the product. If you like the results you will be charged $59.99 at the end of your 14-day trial period, unless you cancel during the trial period. When you register for the trial offer, you will also receive a FREE membership in the Purity Beauty Club. That means 45 days after your sign up date you will be shipped a fresh two-month supply of Purity Mineral Foundation, Mineral All-Over Glow and Mineral Rice Finishing Powder. And so you don't run out, you'll continue to get a new shipment every 60 days for the discounted club price of $29.99. Cancel anytime. Please keep in mind, once the order is submitted, trial shipment cannot be cancelled. Trial charges are not refundable.

**GameFly:** 1 Month Trial for $8.95. After your first month, you authorize GameFly to charge your credit card the membership fee of $15.95 per month (plus any applicable taxes) and on a monthly basis thereafter, until you cancel your membership.

**Disney Movie Club:** As a Disney Movie Club member, all you need to do is buy 5 movies at regular Club prices in the next 24 months (starting at $19.95 per DVD), plus shipping and processing of $3.95 for the first title in each order, and $1.00 for each additional title in that same order. You may cancel your membership at any time after purchasing the 5 movies. By agreeing to purchase at least 5 regular-priced movies in the next 24 months, you qualify to choose 3 Disney DVDs of your choice from the list of titles currently available from the Disney Movie Club for $.99 each. Shipping and processing is free.

**Dermitàge:** Start your FREE trial today, and we´ll send you a full 30–day supply of Dermitàge Just pay $6.95 for S&P. You have 14 days to try the product and discover why Dermitàge is the right anti–aging treatment for you. If you enjoy the product, do nothing – you´ll be billed the low, low price of just $89.95 at

the end of your free–trial period. If for any reason you decide that Dermitäge is not the perfect wrinkle–fighting treatment, call us toll–free at (800) 886–8805 any time during your 14 day free–trial period to cancel your FREE trial – then simply return the product (even if it is empty!) and you will NEVER be billed.

Plus, if you decide to keep Dermitàge, you will receive FREE acceptance in our Platinum Rewards Program, and you´ll receive a new supply of Dermitäge every 30 days at the same low Platinum Rewards price of $89.95 (+ $6.95 S&P). No commitments, no hassles. You can cancel anytime!

**Video Professor:**  By ordering today you agree to "How it Works", and that you will be billed up to $6.95 (or $8.51 USD in Canada) for shipping and processing today. We will then ship your 3 CD-ROMs to try on a 10-day trial basis. Call 1-800-519-4110 within 10 days to cancel the trial and avoid purchasing the 3 CD-ROMs for $399.95 USD. Please keep any two of the three CD-ROMs without further obligation. If you keep the 3 CD-ROMs you will automatically receive one bonus lesson at half off the purchase price to review on a 10-day trial basis.

**Goji Berry Now:**  Signup for the $1 trial and your card will be billed $1 plus $6.95 shipping and handling. Should you decide to keep the product your card will be charged $79.99 at the end of your trial period. Every two months thereafter your card will be billed $69.99 for a new 2 month supply.

**Journey Pass:**  The term of your contract is one (1) year from the date of enrollment certification.  At enrollment certification, you will be charged $4.95 to initiate your trial period. Your annual membership payment in the amount of $99.00 will be billed 14 days from your enrollment certification. These charges will be billed to the form of payment that you provided us today.  This agreement will renew at the end of each one (1) month period unless Journey Pass elects not to renew your Membership or you notify us of your intent not to renew pursuant to these terms prior to the end of the current month.

You will have fourteen (14) calendar days from the date of your enrollment certification to evaluate and test the program prior to your initial membership charge. If at any point in time you choose to cancel you must call our Member Services Department and you will be given a cancellation confirmation number. You agree that your membership will not be canceled until you receive such number.  Upon cancellation, Journey Pass will discontinue future billing.  If you do not cancel during the first fourteen (14) calendar days, we will assume you have elected to continue in the Journey Pass Membership program.  Your membership will then automatically renew each year at that year's term commitment rate until you notify Journey Pass at least thirty (30) days prior to the expiration of your current term.

You also agree to be bound by Journey Pass's Membership Terms and Conditions, which may be modified from time to time at Journey Pass's sole discretion. These Terms and Conditions may be accessed anytime at http://www.journeypass.com/terms.aspx.

**Rapid Reading Institute:** Try a 15-day free trial of *PhotoReading*, the revolutionary rapid reading course that teaches you to read any book in as little as 15 minutes by turning your mind into a human digital camera capturing bits of information at a phenomenal rate of up to 25,000 words a minute.

Upon submitting your order, we will ship you the elite PhotoReading course plus two free bonus items, which will be yours to try without risk for a full 15 days.  If at any time and for any reason during the 15-day trial period, you decide that *PhotoReading* is not for you, simply call 1- 866-774-3482 to return the course with no further obligation to you.  Pay nothing. If, however, you decide to keep your course, we will conveniently bill your credit card in five equal monthly payments of $69. It's that simple!

**Mind Body:** 21 Day Trial. Try Program One of the Weight Wellness Series for $4.95, and if you are not satisfied for any reason, cancel within 21 days of receiving your order for a full refund. Each Program of the Series builds upon the skills you have developed from the previous Program. Every 21 days, the next Program of the Series is billed to your credit card at the rate of $19.95 per Program, and shipped and/or electronically sent to you. Shipping and Handling is $4.95 per CD and $.99 per downloaded MP3. By Clicking "Submit" you agree to be enrolled in a 21 day trial under the terms outlined. If you wish to receive a refund and it is within 21 days of receiving your order, you must call (888) 668-0797 or email MindBodySeries at customerservice@MindBodySeries.com. Include your name, phone number, order number and email address in the body of your email and "cancel order" in the subject line. We commit to our customers that we will honor any email or telephone request for a cancellation within 5 business days.

**Age Invisible:**  By ordering today you will receive a 30-day supply of AgeInvisible™ Daily Antioxidant Age-Defense Creme to try for 10 days for just $1.00, plus a S&H fee of up to $9.41. In addition, you will also be enrolled in the AgeInvisible™ Skin Care Solutions Club. If you do not cancel your club membership within 10 days from the date of shipment and return the unused portion of your 30-day

supply in accordance with the Returns and Refunds Policy you will be billed $78.41 for the 30-day supply, and continue to be billed every month at the club price of $78.41, plus S&H for each 30-day supply until you cancel. You can cancel anytime by contacting customer service via phone at 1-866-686-6429 or by online clicking here to cancel online. Please note that your credit or debit card information may be transferred to our third-party marketing partners if you choose to participate in any of their programs following this transaction.

**BellaBrite Teeth Whitening:**  We are offering you a trial period. By clicking the order button you agree to the full terms in How the Offer Works, enroll in an 8-day trial, receive a 30-day supply, and your credit card will be charged $1.00 S&P. If it is not right for you, call 1-866-366-8424 within 8 days of your initial order to cancel your trial and owe nothing more. You must take affirmative action to avoid further charges. Return the Complete Program portion of the shipment, the trial is yours to keep. Otherwise, at the end of the trial you will be automatically enrolled in our WhiteforLife™ program and your credit card will be charged $78.41 for the product you received. Every 30 days thereafter you will be sent a new 30 day supply and your credit card will be billed $78.41 (40% discount off retail price) plus $5.95 S&P.

**DailyDealFinder.com**
**MEMBER INCENTIVE PROGRAM PARTICIPATION TERMS AND CONDITIONS.**

Last Modified October 15, 2009

These terms and conditions describe the participation requirements for the DailyDealFinder.com membership incentive program and its general membership policies. DailyDealFinder.com is solely responsible for the administration of this membership incentive offer. The owners of trademarked names and merchandise used in our promotions do not sponsor and have not endorsed this promotion, nor are they affiliated with DailyDealFinder.com in any way. All trademarks are the property of their respective owners with all rights reserved.

To become a DailyDealFinder.com member and participate in its membership incentive promotion, you must be at least 18 years old and a legal resident of the Contiguous United States with a valid email and mailing address. If you do not meet these requirements, we ask that you do not complete the registration process. Offer not valid to residents of Washington State, Puerto Rico, US Virgin Islands, and where prohibited by law.

**How the Program Works:**
This offer is available to US residents only. Participants must be at least 18 years of age. To receive the Membership Incentive Promotion gift you must complete all of the steps outlined herein. Prospective members must: (a) submit their zip code to determine geographic eligibility; (b) register with a valid and deliverable email address; (c) submit accurate contact and demographic information including a physical mailing address; (d) acquire two sponsor action points from the Top Offers Group, two offers from the Prime Offers Group, and 9 offers from the Premium Offers Group for a total of 13 sponsor offers; (e) and refer three friends to do the same (i.e. register and complete the required number of sponsor offers). Action points are earned when a DailyDealFinder.com user fully completes a sponsor/advertiser offer after accessing the offer by clicking on a link provided on the DailyDealFinder.com website or from the DailyDealFinder.com member area. Attempting to gain action points in any way other than clicking on the advertiser links provided by DailyDealFinder.com will result in the cancellation of your DailyDealFinder.com membership. Please note that the Prime Offers group and Premium Offers group may be accessed from the DailyDealFinder.com member area. (f) You must complete and return an Incentive Redemption form after accumulating the required action points for both you and your referral. The form may be downloaded from the member area after you have earned 13 action points. Please understand that failure to supply current and accurate address and demographic information on the redemption form may hinder our ability to deliver the incentive gift to you.

In cases of a financial offer such as a credit card, the card must be activated by making a purchase, balance transfer or cash advance in order for the offer to be considered "completed", and the user must remain a card holder for at least 60 days. For paid retail offers you must accept the item/service and pay in full. If a product/item (not services) is returned or canceled, then credit for the subsequent offer will not be awarded. Purchasing retail offers for resale or commercial purposes is not allowed. In order to receive credit for any sponsor offers completed, the billing information must match exactly to the information used when registering with DailyDealFinder.com. Additional terms and conditions may apply to participation in select marketing offers. You should read the terms of each offer as provided by the advertiser for an explanation of these terms where they exist.

DailyDealFinder.com reserves the right to require individuals to provide documentation demonstrating they have completed the advertiser requirements prior to incentive gift redemption in cases where that information is unavailable from the advertiser.

You have up to ninety days from the original date of your membership registration to complete the membership incentive program and redeem your incentive gift. Your gift eligibility is secured as soon as you complete two offers from the Top Offers Group, two from the Prime Offers Group, and 9 from the Premium Offers Group and refer a friend to do the same. Once you meet the offer completion requirements, you will need to login to your account to print off your redemption certificate. Once we have received your verification, your gift will be sent within thirty days. Gift redemptions are limited to one gift per household. If you have registered for multiple membership incentive gift promotions, you will be given your choice of gift items upon logging into your Member's Area. Action points are not transferable from one incentive gift to another.

**Miscellaneous Bonus Offer:**
From time to time, there may be additional bonus gift opportunities available at varying positions throughout our promotions. The specific requirements for receipt of these bonuses will be recited on the webpage where they are offered. Please note that no bonus of any kind will be awarded to any individual who does not first fully complete the requirements for receipt of the underlying incentive gift item. Members should understand that we use various means (e.g. email, web pages, etc.) to promote bonus offerings. Members will not receive more than one bonus gift for completing the same bonus offering multiple times. The Miscellaneous Bonus Offer is limited to one per person/household.

Please note that it may take up to eight weeks for our marketing partners to report to us that you have completed their offer. Please be patient while our marketing partners report back to us. You may check your redemption status at anytime through our member interface area at http://mywebrewardsclub.com/status.php. Simply log in using the same email address with which you registered.

**TERMS OF SPONSOR OFFERS:**

DailyDealFinder.com is not responsible for its sponsors' offers or any transactions that you enter into with the advertisers, sponsors, or partners on this website. DailyDealFinder.com cannot fulfill a sponsor offer, cancel a sponsor offer on your behalf, refund any charges you have incurred, or service an account you created with an advertiser. You should carefully read the requirements, terms and conditions, privacy policy, and billing practices for each sponsor offer prior to signing up.

**REFERRALS:**

From time to time you may be given the opportunity to refer friends to one of our web properties in order to receive additional incentive gifts. In order to connect these referrals to your account, we will provide you with a unique link to this website, which you must then distribute to the intended parties. Your referral link will be provided on your custom referral page as well as your custom account page. Any referral that does not click this URL or type it into their web browser accurately cannot be tracked and, thus, cannot be connected to your account. Note that some applications can remove the tracking part of this URL. You assume the risk of this link breaking when using our website. You are responsible for distributing the referral link.

DailyDealFinder.com will not send out any communications on your behalf to encourage such sign-ups to occur. You may complete more than the required number of reward offers and may refer more than the required number of unique households; however, you are limited to earning only one referral bonus reward per household. Additional referrals or offer completions will not result in additional rewards.

DailyDealFinder.com reserves the right to screen all referrals for suspicious activity. We reserve the right to determine, in our sole discretion, which referrals are fraudulent or in violation of these Terms & Conditions, and to place on hold or disqualify all accounts associated with an improper referral. Participation in a "conga line" or any other organized system of individuals trying to obtain enough referrals to qualify for the reward is strictly prohibited and will result in disqualification of your account, as well as the account belonging to the person(s) that referred you to the website and the person(s) that you referred.

**Security:**

The DailyDealFinder.com Web Site has security measures in place intended to protect the loss, misuse and alteration of the information under our control. Our hardware infrastructure is housed in a controlled access facility that restricts access to authorized individuals with positive identification. Our network access to the infrastructure is protected by a firewall protection system. Member information is backed up on a periodic basis to protect against accidental loss. However, we can not guarantee that communications between you and DailyDealFinder.com will not be intercepted by others and that information stored on our servers will be free from unauthorized access. While we have taken reasonable precautions to protect this information, you should always use discretion in what information you send to us and not expect that such information will be absolutely free from intrusion.

**Links:**

DailyDealFinder.com Web Sites, as well as the electronic messages sent as part of DailyDealFinder.com service, may contain links to other sites or services. DailyDealFinder.com is not responsible for the privacy practices or the content of such third party sites. If you have a question about the privacy policy of those other sites, please contact them directly.

**Tax Liability:**

You are responsible for all local, state, and federal taxes on any gifts you receive. DailyDealFinder.com requires that anyone receiving gifts valued at $600.00 and above in any calendar year complete and submit a W-9 form from the Internal Revenue Service in order to allow DailyDealFinder.com to comply with IRS reporting requirements.

**Choice of Laws/Venue:**

You agree that this agreement shall be construed and governed in accordance with the laws of the state of Nevada regardless of the conflict of laws provisions of the jurisdiction where you live or any other jurisdiction. You also agree that the proper venue for any dispute pertaining to this agreement shall be the State and Federal Courts located in Las Vegas, Clark County, Nevada.

**Liability Release:**

By participating in any DailyDealFinder.com promotion, you release DailyDealFinder.com and its respective parents, subsidiaries, and other affiliated companies, and the directors, shareholders, officers, employees, or agencies of any of the above organizations, for any and all liability for any injury, death, loss, tax liability or damage of any kind arising from entrant's participation in this program, or resulting from acceptance, possession, use or misuse of any sponsor offer or gift. Failure to comply with these Terms and Conditions may result in disqualification from this program. DailyDealFinder.com reserves the right, in its sole discretion, to: (i) disqualify from this or any promotion it sponsors now, or in the future, any person it finds, in its sole discretion, has intentionally violated these Terms and Conditions, tampered with the eligibility process, or any other aspect of the promotion; and (ii) cancel or suspend part or all of this program in the event that printing errors, tampering, fraud, unauthorized intervention or other causes beyond DailyDealFinder.com's control, corrupt or impair the administration, security or fairness of the program. Any attempt by you or any other person to deliberately undermine the legitimate operation of the program may be in violation of criminal and civil laws; and should such an attempt be made,

DailyDealFinder.com reserves the right to seek remedies and damages (including attorneys' fees) from you or any other person to the fullest extent permitted by law, including seeking criminal prosecution.

DISCLAIMER OF WARRANTIES:THE SITE, THE GIVEAWAY, THE PROGRAMS, PRIZES, GIFTS, AND ANY PRODUCTS AND/OR SERVICES THAT YOU MAY RECEIVE FROM US OR ONE OF OUR THIRD PARTY PARTNERS ARE PROVIDED TO YOU ON AN "AS IS" AND "AS AVAILABLE" BASIS AND ALL WARRANTIES, EXPRESS AND IMPLIED, ARE DISCLAIMED TO THE FULLEST EXTENT PERMISSIBLE PUSUANT TO APPLICABLE LAW (INCLUDING, BUT NOT LIMITED TO, THE DISCLAIMER OF ANY WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT OF INTELLECTUAL PROPERTY AND/OR FITNESS FOR A PARTICULAR PURPOSE). IN PARTICULAR, BUT NOT AS A LIMITATION THEREOF, COMPANY MAKES NO WARRANTY THAT: (A THE SITE, THE GIVEAWAY, THE PROGRAMS, PRIZES, GIFTS, AND ANY PRODUCTS AND/OR SERVICES THAT YOU MAY RECEIVE FROM US OR ONE OF OUR THIRD PARTY PARTNERS WILL MEET YOUR REQUIREMENTS; (B) THE SITE, THE GIVEAWAY, THE PROGRAMS, PRIZES, GIFTS, AND ANY PRODUCTS AND/OR SERVICES THAT YOU MAY RECEIVE FROM US OR ONE OF OUR THIRD PARTY PARTNERS WILL BE UNINTERRUPTED, TIMELY, SECURE OR ERROR-FREE; (C) THE APPLICABLE PRIZE TEST ITEM OR GIFT WILL MEET WITH YOUR REQUIREMENTS AND/OR THAT ANY THIRD PARTY PARTNER WILL PERFORM ITS ASSOCIATED OBLIGATIONS IN A TIMELY OR SATISFACTORY MANNER; (D) YOU WILL QUALIFY FOR A GIFT BY COMPLETING ANY OF COMPANY'S THIRD PARTY PARTNERS' PROGRAM TERMS; OR (E) THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE SITE, THE GIVEAWAY, THE PROGRAMS, PRIZES, GIFTS, AND ANY PRODUCTS AND/OR SERVICES THAT YOU MAY RECEIVE FROM US OR ONE OF OUR THIRD PARTY PARTNERS WILL BE ACCURATE OR RELIABLE. THE SITE, THE GIVEAWAY, THE PROGRAMS, PRIZES, GIFTS, AND ANY PRODUCTS AND/OR SERVICES THAT YOU MAY RECEIVE FROM US OR ONE OF OUR THIRD PARTY PARTNERS, MAY CONTAIN BUGS, ERRORS, PROBLEMS OR OTHER LIMITATIONS. WE WILL NOT BE LIABLE FOR THE AVAILABILITY OF THE UNDERLYING INTERNET CONNECTION ASSOCIATED WITH THE SITE. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM COMPANY, ANY OF ITS THIRD PARTY PARTNERS OR OTHERWISE THROUGH OR FROM THE SITE, SHALL CREATE ANY WARRANTY NOT EXPRESSLY STATED IN THIS AGREEMENT.

**Changing Your Status:**At the current time, we are not able to offer users the direct ability to delete their information from our database, but we will be happy to delete such information after we receive a request to that effect. Please be advised that by requesting that your data be removed from our database, you will be unsubscribed from DailyDealFinder.com services and you forfeit your eligibility to participate in the DailyDealFinder.com membership incentive program.

**Updates:**
DailyDealFinder.com may revise this Policy at any time in the future to (i) improve or modify the DailyDealFinder.com Service, (ii) reflect future developments in DailyDealFinder.com data information gathering, storing and release practices, (iii) comply with applicable laws, and (iv) reflect changes in DailyDealFinder.com business structure. Accordingly, you should review these terms and policy from time to time to check for updates. Your continued use of the DailyDealFinder.com website shall evidence your acceptance of any changes.

If you do not accept any of the terms of this Policy, we ask that you not complete our registration process. Your registration with DailyDealFinder.com constitutes your acceptance of these terms and privacy policy.

Close Window

EFFECTIVE DATE: 4/12/2010

1. INTRODUCTION

1.1 PURPOSE OF POLICY. Site ("us", "we", or "Company") is committed to respecting the privacy rights of its customers, visitors, and other users of the Company Website (the "Site") pursuant to the terms contained herein. We created this Privacy Policy (this "Policy") to give you notice of how your private information will be used as a result of submitting it to our Company. This Policy is only applicable to the Site, and not to any other websites that you may be able to access from the Site, each of which may have data collection and use practices and policies that differ materially from this Policy.

1.2 NOTICE CONCERNING CHILDREN. We are a general audience site, and do not direct any of our content specifically at children under 13 years of age. We understand and are committed to respecting the sensitive nature of children's privacy online. If we learn or have reason to suspect that a Site user is under age 13, we will promptly delete any personal information in that user's account.

2. INFORMATION COLLECTION PRACTICES

2.1 WHAT BASIC INFORMATION DOES THE COMPANY COLLECT? We collect certain personal information about our users that enables us and/or our affiliates and partners to identify or contact users, and includes, among other things, the user's full name, address, telephone number and e -mail address, as well as other information we maintain about a person in identifiable form.

2.2 WHAT ADDITIONAL INFORMATION DOES COMPANY COLLECT?

(a) AUTOMATIC COLLECTION. Our servers automatically recognize visitors' domain names and IP addresses (the number assigned to computers on the Internet). No personal information about you is revealed in this process. The Site may also gather anonymous "traffic data" that does not personally identify you, but that may be helpful for marketing purposes or for improving the services we offer.

(b) COOKIES. From time to time, we may use the standard 'cookies' feature of major browser applications that allows us to store a small piece of data on your computer about your visit to our Web site. We do not set any personally identifiable information in cookies, nor do we employ any data capture mechanisms on our website other than cookies. Cookies help us learn which areas of our site are useful and which areas need improvement. You can choose whether to accept cookies by changing the settings on your browser. However, if you choose to disable this function, your experience at our Web site may be diminished and some features may not work as they were intended. Notwithstanding any other provision in this policy, in visiting this site, a third-party advertiser (or its partners) may place or recognize a unique cookie on your browser. These cookies enable more customized ads, content or services to be provided to you. To trigger these cookies, we may pass an encrypted or 'hashed' (non-human readable) identifier corresponding to your email address to a Web advertising partner, who may place a cookie on your computer. No personally identifiable information is on, or is connected to, these cookies. To opt-out of these cookies, please go to http://www.privacychoice.org/companies or http://www.aboutads.info/choices.

3. USE AND SHARING OF INFORMATION

**McKenney Att. A
Page 11**

3.1 WHAT DOES COMPANY DO WITH COLLECTED INFORMATION?

(a) PERSONAL INFORMATION. We will share any and all personal information you submit to our
Company with third parties who may have products or services you will find of interest. We will
share your information without your additional consent. We may also use your personal information
to verify your identity, to check your qualifications, or to follow up with transactions initiated on the
Site. We may also use your contact information to inform you of any changes to the Site, or to send
you additional information about us. If you give your permission during the account registration
process, we may share your information with our business partners or other companies so that they
may send you promotional materials. By giving your permission during the account registration
process, you expressly consent to receive such promotional materials from us, Debt Solution Center,
and/or our business partners or other companies via various media channels, which includes, but is
not limited to, SMS messaging (standard carrier text messaging charges will apply).
We may also share your information with affiliated and non-affiliated third-parties to offer products
or services, including but not limited to magazine offers, that may be of interest or benefit to our
customers. By providing your personally identifiable information through the Site, you have
consented and given your express written permission to receive offers from such non-affiliated third
parties.

(b) ANONYMOUS INFORMATION. We use anonymous information to analyze our Site traffic, but
we do not examine this information for individually identifying information. In addition, we may use
anonymous IP addresses to help diagnose problems with our server, to administer our site, or to
display the content according to your preferences. Traffic and transaction information may also be
shared with business partners and advertisers on an aggregate and anonymous basis.

(c) USE OF COOKIES. We may use cookies to deliver content specific to your interests, to save your
password so you don't have to re-enter it each time you visit our site, or for other purposes.
Promotions or advertisements displayed on our site may contain cookies. We do not have access to or
control over information collected by outside advertisers on our site.

(d) DISCLOSURE OF PERSONAL INFORMATION. We may disclose personal information if
required to do so by law or in the good-faith belief that such action is necessary to (1) conform to the
edicts of the law or comply with legal process served on Company or its parent company, subsidiaries
or affiliates, (2) protect and defend the rights or property of Company or the users of the Site, or (3)
act under exigent circumstances to protect the safety of the public or users of the Site.

(e) SALE OF INFORMATION. In order to accommodate changes in our business, we may sell or buy
portions of our company or other companies or assets, including the information collected through
this Web site. If Company or substantially all of its assets are acquired, customer information will be
one of the assets transferred to the acquirer.

(f) ACCESS TO INFORMATION. Unfortunately, we do not maintain any procedures for you to
review or request changes to the information that we collect about you, except that you may request
that we remove all information about you from our database by contacting us in accordance with
Section 6.1 below.

(g) CHOICES FOR PERSONAL INFORMATION, By submitting personal information at the
Website, you agree that such act constitutes an inquiry and/or application for purposes of the
Amended Telemarketing Sales Rule (16 CFR §310 et seq.), as amended from time to time (the

"Rule"). Notwithstanding that your telephone number may be listed at the Federal Trade Commission's Do-Not-Call List, you give us the right to contact you via telemarketing in accordance with the Rule.

4. SECURITY. The Site has security measures in place to prevent the loss, misuse, and alteration of the information that we obtain from you, but we make no assurances about our ability to prevent any such loss, misuse, to you or to any third party arising out of any such loss, misuse, or alteration.

5. WEBSITE AREAS BEYOND COMPANY'S CONTROL

5.1 PUBLIC FORUMS. The Site may include interactive forums such as message boards and chat rooms. Please remember that any information that is disclosed in these areas becomes public information and you should exercise caution when deciding to disclose your personal information.

5.2 THIRD PARTY WEBSITES. The Site may contain links to other websites. If you choose to visit other websites, we are not responsible for the privacy practices or content of those other websites, and it is your responsibility to review the privacy policies at those websites to confirm that you understand and agree with their policies.

6. POLICY UPDATES

6.1 UPDATES AND CHANGES. We reserve the right, at any time, to add to, change, update, or modify this Policy, simply by posting such change, update, or modification on the Site and without any other notice to you. Any such change, update, or modification will be effective immediately upon posting on the Site. It is your responsibility to review this Policy from time to time to ensure that you continue to agree with all of its terms.

All Content Copyright © 2012, Site.

$1000 BestBuy Gift Card

bestbuy.myrewards2day.com

# Congratulations!

## Tell us where to send your
## $1000 BestBuy Gift Card!

Gender: `--`

First Name:

Last Name:

Address: **(NO PO BOXES)**

Apt/Suite:

Zip Code:     State:

City:

Email Address: Redacted

Date of Birth: `MM` `DD` `YYYY`

Cell Phone: ___ - ___ - ___ **(Required)**

Are you diabetic? ○ Yes ○ No

Are you interested in going back to school? ○ Yes ○ No

Would you like FREE STUFF for you and your baby (or baby on-the-way) from babyfreepromos.com? ○ Yes ○ No

**Continue**

By clicking Continue, I have read and agree to the Privacy Policy and Terms & Conditions.

**This Gift Redemption Program is an independent rewards program for consumers and is not affiliated with, sponsored by or endorsed by any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners.**

THE FOLLOWING IS A SUMMARY OF PROGRAM REQUIREMENTS. SEE TERMS & CONDITIONS FOR COMPLETE DETAILS. Members are being accepted subject to the following

McKenney Att. A
Page 14

$1000 BestBuy Gift Card

Program Requirements: 1) Must be a legal US resident; 2) must be at least 18 years old or older; 3) must have a valid email and shipping address; 4) Eligible members can receive the incentive gift package by completing two reward offers from each of the Silver and Gold reward offer page options and nine reward offers from the Platinum reward offer page options and refer 3 friends to do the same. Various types of reward offers are available. Completion of reward offers most often requires a purchase or filing a credit application and being accepted for a financial product such as a credit card or consumer loan. The following link illustrates a Representative Sample of reward offers by group along with monetary and non-monetary obligations. Failure to submit accurate registration information will result in loss of eligibility. This promotion is administered solely by this website. The manufacturers and retailers of the gift items offered through our programs have not endorsed this promotion and are not affiliated with the promotion in anyway. Please read the Terms and Conditions for complete program details. Your information will be shared with our marketing partners. Please read the Privacy Policy for more details.

Copyright © 2012 bestbuy.myrewards2day.com All rights reserved.

http://bestbuy.myrewards2day.com/common/rpa.php?stc=2&oid=13[8/24/2012 11:30:17 AM]

**McKenney Att. A**
**Page 15**

$1000 BestBuy Gift Card

 Get Your **$1000 Best Buy** Gift Card!

Participate in our survey! Just answer these easy questions!

**You're Almost Finished! Please Check Out the Optional Offer Below While We Load Your Results**

Pass



| STEP ONE | STEP TWO | LAST STEP |
|---|---|---|
| **$1000 Best Buy Gift Card!**  | **Confirm To Continue** | Confirm Your Informatio Continue |

*Prize not awarded by Send me coupons and deals from ShopAthome.com: ☑
ShopAtHome.com



"Since I downloaded the FREE Shopping Toolbar, my cash back checks have never been larger!"

Stephanie M. | Kansas City, MO

$1000 BestBuy Gift Card

 Get Your **$1000 Best Buy** Gift Card!
Participate in our survey! Just answer these easy questions!

### You're Almost Finished! Please Check Out the Optional Offer Below While We Load Your Results

## Pass



**Qualify for a new talking glucose meter. Stop paying for your diabetic testing supplies! Med-Care offers free shipping. Some co-pays and deductibles may apply.**

Required Fields*

First Name* | Redacted
Last Name* | Redacted
Email* | Redacted
Home Phone* | Redacted | Redacted | Redacted
Address* | Redacted
City* | chicago
Postal Code* | 60604
State* | IL
Date of Birth* | Year - Month - Day

$1000 BestBuy Gift Card



Last Step



**McKenney Att. A**
**Page 19**

Last Step

# Last Step

## $1000 Best Buy Gift Card!

BEST BUY gift card

## Tell us where to ship your $1000 BestBuy Gift Card.

TRACKING NUMBER: 541164823456819

SHIP TO:

Redacted Redacted

Redacted

chicago IL Redacted

FedEx

Send It!

Includes
**Free Shipping**

FedEx

## Start by completing any 2 of the offers below to claim your $1000 BestBuy Gift Card.

Scroll Down

**Select 1** of these top sponsor offers & receive a

# Best Buy Gift Card

When you redeem your gift.

### Disney Movie Club

Join and Get 3 Disney Movies for $1.99 each! Enjoy members-only discounts and offers. DVDs delivered right to your door.

Free Shipping and Handling!

Earn Your Credit Now! Click Here

BEST BUY gift card $100

Try a lesson FREE!

### Onlingo

Fast, Easy, and Effective Learning Method. Better than Rosetta Stone? Learn a new language in 1 WEEK - Spanish, French, German, Italian. Try it FREE and start learning TODAY!

Pay Only Shipping

Earn Your Credit Now! Click Here

## You still need to complete one of the offers





Last Step



**below** ↓

| Dr. Seuss | Hydroxatone | Blockbuster Total Access! |
|---|---|---|
|  |  |  |
| 4 Dr. Seuss Books, 99¢ each! Free shipping, too! Wacky, wonderful, Dr. Seuss books are perfect for summer reading. | 100% Natural. Celebrities pay $160-$200!! for this anti-aging breakthrough. Click here for your FREE TRIAL! | Blockbuster Total Access! Movies and Games Delivered. Pick a plan and sign up today for as low as $4.99 for the first two months! |
| **Sign Up Today!** | **Pay only $1.99** | **Try it Today!** |
| Earn Your Credit Now! Click Here | Earn Your Credit Now! Click Here | Earn Your Credit Now! Click Here |

| YouthEFX | Smart Retailing | Santoku Knife |
|---|---|---|
|  |  |  |
| Get FIRM and TIGHT skin this summer. FREE hand massager included! Order your Risk-Free Trial today. | Get a $50 Target Voucher as well as Exclusive Access to Savings on Thousands of Brands Nationwide. | FREE Professional-Grade Chef Knife! Get the Ultimate Santoku Style Cooking Knife FREE. Just pay a small S&H. Satisfaction Guaranteed! |
| **Pay only $1.03** | **Pay only $3.95** | **Just pay S&H!** |
| Earn Your Credit Now! Click Here | Earn Your Credit Now! Click Here | Earn Your Credit Now! Click Here |

| Eyepothesis | Disney Books | Rush Card |
|---|---|---|
|  |  |  |

**McKenney Att. A**
**Page 21**

Last Step



Eyepothesis � 20 Years Younger in 20
Minutes. Voted the #1 Skin Care
Product in the Industry. Immediate
Results, Long Term Rejuvenation. Get
your Free Gift today!

**PAY ONLY $1**

**Earn Your Credit Now! Click Here**



4 Disney Books for under $4! This
SUMMER share the gift of reading with
your family & friends. Special BONUS
Book offer included. Join today & get
**4 Books for $4!**

**Earn Your Credit Now! Click Here**



Prepaid Visa RushCard gives you
financial freedom! Sign up for FREE
and get approval in seconds!

**Sign up for FREE**

**Earn Your Credit Now! Click Here**

### Ivory White - Free Trial!



Ivory White Teeth Whitening -
America\'s #1 Teeth Whitening System.
Free Trial!

**Pay only $2.87 S&P**

**Earn Your Credit Now! Click Here**

### Trivia Shopping



New trivia shopping network! You will
NEVER pay full retail! Guaranteed!
Name brands up to 90% off! HUGE
savings, just $4.95 to try!

**Try it today!**

**Earn Your Credit Now! Click Here**

### Cooking Pleasures



Get A $69.95 Ceramic Skillet with
Glass Lid -FREE!

**Pay only Shipping**

**Earn Your Credit Now! Click Here**

### Amora Coffee



Fresh and FREE! Get 2 bags of Amora
coffee FREE. Shipped direct from the
roaster to you. Only pay s/h. Includes
FREE silver-plated scoop. Total value
**Pay only Shipping $36**

**Earn Your Credit Now! Click Here**

### DoubleDay Book Club



Get 5 books for $0.99 with approved
membership. Choose from all your
favorite authors & today\'s top titles.

**5 Books for $0.99**

**Earn Your Credit Now! Click Here**

### Gardening Club



Sign up now and keep all the
gardening products you test FREE!

**Sign Up Today!**

**Earn Your Credit Now! Click Here**

**McKenney Att. A
Page 22**

Last Step



You are on the silver offer page.

Member Support | Gift Status | Privacy Policy | Terms and Conditions

**This Gift Program is not endorsed, sponsored by or affiliated with the manufacturers and retailers of the gift items listed above in anyway. All trademarks, service marks and logos are property of their respective owners.**

THE FOLLOWING IS A SUMMARY OF PROGRAM REQUIREMENTS. SEE TERMS FOR COMPLETE DETAILS. Members are being accepted subject to the following Program Requirements: 1) Must be a legal US resident; 2) must be at least 18 years old or older; 3) must have a valid email and shipping address; 4) Eligible members can receive the incentive gift package by completing two reward offers from each of the Silver and Gold reward offer page options and nine reward offers from the Platinum reward offer page options and refer three friends to do the same. Various types of reward offers are available. Completion of reward offers most often requires a purchase or filing a credit application and being accepted for a financial product such as a credit card or consumer loan. The following link illustrates a Representative Sample of reward offers by group along with monetary and non-monetary obligations. Failure to submit accurate registration information will result in loss of eligibility. This promotion is administered solely by this website. The manufacturers and retailers of the gift items offered through our programs have not endorsed this promotion and are not affiliated with the promotion in anyway. Please read the Terms and Conditions for complete program details. Your information will be shared with our marketing partners. Please read the Privacy Policy for more details.

**McKenney Att. A
Page 23**

Get a $1000 BestBuy Gift Card

 # Get Your **$1000 Best Buy** Gift Card!
Participate in our survey! Just answer these easy questions!

## Last Step

# $1000 Best Buy Gift Card!

Once you fully complete the offer Program Requirements as outlined in the terms and conditions, please login to the members area using your registered email address to print your gift redemption certificate.



**Free $1000 BestBuy Gift Card Reserved For:**

chicago, IL

---

| Disney Books | Grant Money Now | Onlingo |
|---|---|---|
|  |  |  |
| 4 Disney Books for under $4! This SUMMER share the gift of reading with your family & friends. Special BONUS Book offer included. Join today & get FREE shipping! **Sign up today!** | You May Qualify for Government Grants! Get Instant Access Right Now for FREE! **FREE Trial** | Fast, Easy, and Effective Learning Method. Better than Rosetta Stone? Learn a new language in 1 WEEK - Spanish, French, German, Italian. Try it FREE and start learning TODAY! **Pay Only Shipping** |
| Earn Your Credit Now! Click Here | Earn Your Credit Now! Click Here | Earn Your Credit Now! Click Here |

| Blockbuster Total Access! | Dr. Seuss Book Club | US Financial Resources |
|---|---|---|

Get a $1000 BestBuy Gift Card



Blockbuster Total Access! Movies and Games Delivered. Pick a plan and sign up today for as low as $4.99 for the first two months!

**Try it Today!**

Earn Your Credit Now! Click Here



Get 4 Dr. Seuss Books for just $0.99 each! Plus get a FREE Tote Bag!

**Sign Up Today!**

Earn Your Credit Now! Click Here



You May Qualify for Government Grants! Get Instant Access Right Now for FREE!

**Free Trial**

Earn Your Credit Now! Click Here

### ThinAction Weight Loss



Keep the weight off this holiday with Green Tea and Goji Berry. FREE TRIAL!

**Free Trial**

Earn Your Credit Now! Click Here

### Eyepothesis



Eyepothesis ◆ 20 Years Younger in 20 Minutes. Voted the #1 Skin Care Product in the Industry. Immediate Results. Long Term Rejuvenation. Get your FREE TRIAL today!

**Pay only $1**

Earn Your Credit Now! Click Here

### Disney Movie Club



Join and Get 3 Disney Movies for $1.99 each! Enjoy members-only discounts and offers. DVDs delivered right to your door.

**Free Shipping and Handling!**

Earn Your Credit Now! Click Here

### Hydroxatone



100% Natural. Celebrities pay $160-$200!! for this anti-aging breakthrough. Click here for your FREE TRIAL!

### ProLash™



Volumize, define & lengthen the appearance of your lashes! ProLash's 3-step eyelash enhancement kit helps

### Ivory White - Free Trial!



Ivory White Teeth Whitening - America\'s #1 Teeth Whitening System. Free Trial!

Get a $1000 BestBuy Gift Card



**Pay only $1.99**

Earn Your Credit Now! Click Here



nourish your lashes.

**Try it for only $1**

Earn Your Credit Now! Click Here



**Pay only $2.87 S&P**

Earn Your Credit Now! Click Here

### Smart Retailing



Get a $50 Target Voucher as well as Exclusive Access to Savings on Thousands of Brands Nationwide.

**Pay only $3.95**

Earn Your Credit Now! Click Here

### ZBiddy



Overstocked Auctions Save up to 95% on Kindles, iPads, Dysons, TV\'s & More!

**Try it Today!**

Earn Your Credit Now! Click Here

### Protect Yourself



Protect Yourself Against Identity Theft! Start your 30-day free trial now!

**Free Trial!**

Earn Your Credit Now! Click Here





Click Here after you complete the sponsor participation requirements.

You are on the gold offer page.

Member Support | Gift Status | Privacy Policy | Terms and Conditions

**This Gift Program is not endorsed, sponsored by or affiliated with the manufacturers and retailers of the gift items listed above in anyway. All trademarks, service marks and logos are property of their respective owners.**

THE FOLLOWING IS A SUMMARY OF PROGRAM REQUIREMENTS. SEE TERMS FOR COMPLETE DETAILS. Members are being accepted subject to the following Program Requirements: 1) Must be a legal US resident; 2) must be at least 18 years old or older; 3) must have a valid email and shipping address; 4) Eligible members can receive the incentive gift package by completing two reward offers from each of the Silver and Gold reward offer page options and nine reward offers from the Platinum reward offer page options and refer three friends to do the same. Various types of reward offers are available. Completion of reward offers most often requires a purchase or filing a credit application and being accepted for a financial product such as a credit card or consumer loan. The following link illustrates a Representative Sample of reward offers by

**McKenney Att. A**
**Page 26**

Get a $1000 BestBuy Gift Card

group along with monetary and non-monetary obligations. Failure to submit accurate registration information will result in loss of eligibility. This promotion is administered solely by this website. The manufacturers and retailers of the gift items offered through our programs have not endorsed this promotion and are not affiliated with the promotion in anyway. Please read the Terms and Conditions for complete program details. Your information will be shared with our marketing partners. Please read the Privacy Policy for more details.

Get a $1000 BestBuy Gift Card

 Get Your **$1000 Best Buy** Gift Card!
Participate in our survey! Just answer these easy questions!

## Last Step

# $1000 Best Buy Gift Card!

Once you fully complete the offer Program Requirements as outlined in the terms and conditions, please login to the members area using your registered email address to print your gift redemption certificate.



**Free $1000 BestBuy Gift Card Reserved For:**



chicago, IL

| Blockbuster Total Access! | Disney Books | US Financial Resources |
|---|---|---|
|  |  |  |
| Blockbuster Total Access! Movies and Games Delivered. Pick a plan and sign up today for as low as $4.99 for the first two months! | 4 Disney Books for under $4! This SUMMER share the gift of reading with your family & friends. Special BONUS Book offer included. Join today & get FREE shipping! | Get Your Grant Success Kit Today! Grant funding is available and you are eligible. |
| **Try it Today!** | **Sign up today!** | **Pay only $3.87** |
| Earn Your Credit Now! Click Here | Earn Your Credit Now! Click Here | Earn Your Credit Now! Click Here |

| Smart Retailing | Santoku Knife | Eyepothesis |
|---|---|---|

Get a $1000 BestBuy Gift Card



Get a $50 Target Voucher as well as Exclusive Access to Savings on Thousands of Brands Nationwide.

**Pay only $3.95**

Earn Your Credit Now! Click Here



FREE Professional-Grade Chef Knife! Get the Ultimate Santoku Style Cooking Knife FREE. Just pay a small S&H. Satisfaction Guaranteed!

**Just pay S&H!**

Earn Your Credit Now! Click Here



Eyepothesis � 20 Years Younger in 20 Minutes. Voted the #1 Skin Care Product in the Industry. Immediate Results. Long Term Rejuvenation. Get your FREE TRIAL today!

**Pay only $1**

Earn Your Credit Now! Click Here

### Hydroxatone



100% Natural. Celebrities pay $160-$200!! for this anti-aging breakthrough. Click here for your FREE TRIAL!

**Pay only $1.99**

Earn Your Credit Now! Click Here

### Eyepothesis



Eyepothesis � 20 Years Younger in 20 Minutes. Voted the #1 Skin Care Product in the Industry. Immediate Results. Long Term Rejuvenation. Get your FREE TRIAL today!

**Pay only $1**

Earn Your Credit Now! Click Here

### Knife Choice



Give a Father's Day Gift that's a cut above the rest! FREE $59.95 Pocketknife, Just pay S&H!

**Pay only Shipping**

Earn Your Credit Now! Click Here

### Disney Movie Club



Join and Get 3 Disney Movies for $1.99 each! Enjoy members-only discounts and offers. DVDs delivered

### ThinAction Weight Loss



Keep the weight off this holiday with Green Tea and Goji Berry. FREE TRIAL!

### Onlingo



Fast, Easy, and Effective Learning Method. Better than Rosetta Stone? Learn a new language in 1 WEEK -

Get a $1000 BestBuy Gift Card



right to your door.

**Free Shipping and Handling!**

Earn Your Credit Now! Click Here



**Free Trial**

Earn Your Credit Now! Click Here



Spanish, French, German, Italian, Try it FREE and start learning TODAY!

**Pay Only Shipping**

Earn Your Credit Now! Click Here

---

### Dr. Seuss



4 Dr. Seuss Books, 99¢ each! Free shipping, too! Wacky, wonderful, Dr. Seuss books are perfect for summer reading.

**Sign Up Today!**

Earn Your Credit Now! Click Here

### Ivory White - Free Trial!



Ivory White Teeth Whitening - America\'s #1 Teeth Whitening System, Free Trial!

**Pay only $2.87 S&P**

Earn Your Credit Now! Click Here

### Visa RushCard



Prepaid Visa RushCard gives you financial freedom! Sign up for FREE and get approval in seconds!

**Sign up for FREE**

Earn Your Credit Now! Click Here

---



Click Here after you complete the sponsor participation requirements.

You are on the platinum offer page.

Member Support | Gift Status | Privacy Policy | Terms and Conditions

**This Gift Program is not endorsed, sponsored by or affiliated with the manufacturers and retailers of the gift items listed above in anyway. All trademarks, service marks and logos are property of their respective owners.**

THE FOLLOWING IS A SUMMARY OF PROGRAM REQUIREMENTS. SEE TERMS FOR COMPLETE DETAILS. Members are being accepted subject to the following Program Requirements: 1) Must be a legal US resident; 2) must be at least 18 years old or older; 3) must have a valid email and shipping address; 4) Eligible members can receive the incentive gift package by completing two reward offers from each of the Silver

**McKenney Att. A**
**Page 30**

Get a $1000 BestBuy Gift Card

and Gold reward offer page options and nine reward offers from the Platinum reward offer page options and refer three friends to do the same. Various types of reward offers are available. Completion of reward offers most often requires a purchase or filing a credit application and being accepted for a financial product such as a credit card or consumer loan. The following link illustrates a Representative Sample of reward offers by group along with monetary and non-monetary obligations. Failure to submit accurate registration information will result in loss of eligibility. This promotion is administered solely by this website. The manufacturers and retailers of the gift items offered through our programs have not endorsed this promotion and are not affiliated with the promotion in anyway. Please read the Terms and Conditions for complete program details. Your information will be shared with our marketing partners. Please read the Privacy Policy for more details.

ATT. B



Get a $1,000 Bestbuy Gift Card!



Please enter your code below

Continue

Unsubscribe

http://www.bestbuy.com.tbtt.biz/[7/23/2012 9:25:51 AM]

**McKenney Att. B**
**Page 2**





$1000 BestBuy Gift Card



This Gift Redemption Program is an independent rewards program for consumers and is not affiliated with, sponsored by or endorsed by any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners. THE FOLLOWING IS A SUMMARY OF PROGRAM REQUIREMENTS. SEE TERMS & CONDITIONS FOR COMPLETE DETAILS. Members are being accepted subject to the following Program Requirements: 1) Must be a legal US resident; 2) must be at least 18 years old or older; 3) must have a valid email and shipping address; 4) Eligible members can receive the incentive gift package by completing two reward offers from each of the Silver and Gold reward offer page options and nine reward offers from the Platinum reward offer page options and refer 3 friends to do the same. Various types of reward offers are available. Completion of reward offers most often requires a purchase or filing a credit application and being accepted for a financial product such as a credit card or consumer loan. The following link illustrates a Representative Sample of reward offers by group along with monetary and non-monetary obligations. Failure to submit accurate registration information will result in loss of eligibility. This promotion is administered solely by this website. The manufacturers and retailers of the gift items offered through our programs have not endorsed this promotion and are not affiliated with the promotion in anyway. Please read the Terms and Conditions for complete program details. Your information will be shared with our marketing partners. Please read the Privacy Policy for more details.

Copyright © 2012 bestbuy.myrewardshouse.com All rights reserved.

$1000 BestBuy Gift Card

bestbuy.myrewardshouse.com

# Congratulations!

## Tell us where to send your
## $1000 BestBuy Gift Card!

Gender:                    --

First Name:

Last Name:

Address:                                    **(NO PO BOXES)**

Apt/Suite:

Zip Code:                       State:

City:

Email Address:    Redacted

Date of Birth:    MM    DD    YYYY

Cell Phone:                       **(Required)**

**Continue**

By clicking Continue, I have read and agree to the Privacy Policy and Terms & Conditions.

**This Gift Redemption Program is an independent rewards program for consumers and is not affiliated with, sponsored by or endorsed by any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners.**

THE FOLLOWING IS A SUMMARY OF PROGRAM REQUIREMENTS. SEE TERMS & CONDITIONS FOR COMPLETE DETAILS. Members are being accepted subject to the following Program Requirements: 1) Must be a legal US resident; 2) must be at least 18 years old or older; 3) must have a valid email and shipping address; 4) Eligible members can receive the incentive gift package by completing two reward offers from each of the Silver and Gold reward offer page options and nine reward offers from the Platinum reward offer page options and refer 3 friends to do the same. Various types of reward offers are available. Completion of reward offers most often requires a

**McKenney Att. B
Page 6**

$1000 BestBuy Gift Card



purchase or filing a credit application and being accepted for a financial product such as a credit card or consumer loan. The following link illustrates a Representative Sample of reward offers by group along with monetary and non-monetary obligations. Failure to submit accurate registration information will result in loss of eligibility. This promotion is administered solely by this website. The manufacturers and retailers of the gift items offered through our programs have not endorsed this promotion and are not affiliated with the promotion in anyway. Please read the Terms and Conditions for complete program details. Your information will be shared with our marketing partners. Please read the Privacy Policy for more details.

Copyright © 2012 bestbuy.myrewardshouse.com All rights reserved.

**McKenney Att. B**
**Page 7**

$1000 BestBuy Gift Card

no thanks



# Get Your **$1000 Best Buy** Gift Card!
## Participate in our survey! Just answer these easy questions!



*Find My Dream Lover*
*Enter your cell number to get your Dating Tips 3msgs/wk subscription for $9.99/month*

### Congratulations!

**$1000 Best Buy Gift Card!**

This offer is available today: **July 23, 2012**

**Confirm Your Cell Phone Number to Continue**

Confirm ›

Summary terms: You must be the account holder of this device or have permission from the account holder. This is an auto renewing subscription service that will continue until cancelled anytime by texting STOP to short code 99385. Available to users over 18 for $9.99 per month charged on your wireless account or deducted from your prepaid balance for 3 alerts per week on T-Mobile, AT&T, Sprint, Virgin Mobile USA, AWCC, U.S. Cellular, Cincinnati Bell. For YurTruHoroscopeNow support: text HELP to 99385, email or call 1800 235 7105 for automated help or call 1800 416 6129 for a live operator.Message and data rates may apply. Product is not compatible with all cell phone models. Your phone must have text messaging capability. Call for your money back within first 30 days of service if you are not satisfied. By signing up for this service and entering your personal PIN Code delivered to the cell phone number supplied by you on this website, you acknowledge that you are agreeing to the full Terms of Use. Click here for full Terms & Conditions. For Privacy Policy Click here.



http://bestbuy.myrewardshouse.com/...reqid=1263572&affid=1&oid=6&s1=8_2548&s2=1263572&s3=3&s4=13&s5=bestbuy.myrewardshouse.com&stc=3[7/23/2012 9:34:46 AM]

**McKenney Att. B**
**Page 8**

Last Step



# Last Step

## $1000 Best Buy Gift Card!

## Tell us where to ship your $1000 BestBuy Gift Card.

TRACKING NUMBER:
541164823456819

FedEx

SHIP TO:

Redacted | Redacted

Redacted

chicago | IL | Redacted

**Send It!**

**Start by completing any 2 of the offers below to claim your $1000 BestBuy Gift Card.**

Scroll Down

---

## Select 1 of these top sponsor offers & receive a

# Best Buy Gift Card

When you redeem your gift.

### Disney Movie Club

Join and Get 3 Disney Movies for $1.99 each! Enjoy members-only discounts and offers. DVDs delivered right to your door.

Free Shipping and Handling!

**Earn Your Credit Now! Click Here**

Try a lesson **FREE!**

### Onlingo

Fast, Easy, and Effective Learning Method. Better than Rosetta Stone? Learn a new language in 1 WEEK - Spanish, French, German, Italian. Try it FREE and start learning TODAY!

Pay Only Shipping

**Earn Your Credit Now! Click Here**

## You still need to complete one of the offers

Last Step



**below**

### Dr. Seuss Book Club



Get 4 Dr. Seuss Books for just $0.99 each! Plus get a FREE Tote Bag!

**Sign Up Today!**

Earn Your Credit Now! Click Here

### Blockbuster Total Access!



Blockbuster Total Access! Movies and Games Delivered. Pick a plan and sign up today for as low as $4.99 for the first two months!

**Try it Today!**

Earn Your Credit Now! Click Here

### Disney Books



Disney Books for ONLY 99� each! Join today and get FREE shipping!

**Sign up today!**

Earn Your Credit Now! Click Here

### Hydroxatone



100% Natural. Celebrities pay $160-$200!! for this anti-aging breakthrough. Click here for your FREE TRIAL!

**Pay only $1.99**

Earn Your Credit Now! Click Here

### ThinAction Weight Loss



Keep the weight off this holiday with Green Tea and Goji Berry. FREE TRIAL!

**Free Trial**

Earn Your Credit Now! Click Here

### Eyepothesis



Eyepothesis � 20 Years Younger in 20 Minutes. Voted the #1 Skin Care Product in the Industry. Immediate Results. Long Term Rejuvenation. Get your Product Today! **Pay only $1**

Earn Your Credit Now! Click Here

### Santuko Knife



### Ivory White - Free Trial!



### Smart Retailing



**McKenney Att. B**
**Page 11**

Last Step



FREE Professional-Grade Chef\\\'s
Knife! Get the Ultimate Santuko Style
Cooking Knife FREE. Just pay shipping
and handling. Satisfaction Guaranteed!

**Pay only Shipping!**

`Earn Your Credit Now! Click Here`



Ivory White Teeth Whitening -
America\'s #1 Teeth Whitening System.
Free Trial!

**Pay only $2.87 S&P**

`Earn Your Credit Now! Click Here`



Get a $50 Target Voucher as well as
Exclusive Access to Savings on
Thousands of Brands Nationwide.

**Pay only $3.95**

`Earn Your Credit Now! Click Here`

### Cooking Magazine



Cooking Products testers wanted! Sign
up today & keep all the cooking
products you test FREE!!!

**Sign up Today!**

`Earn Your Credit Now! Click Here`

### SkinID by Neutrogena



The personalized acne solution just for
you! Clinically proven to make skin
clearer! Try it Risk-Free for 60 days.
Plus Get 3 Bonus gifts when you sign
up. **Try it Today!**

`Earn Your Credit Now! Click Here`

### Proactiv



Feel the Clean! Try the Proactiv 3-Step
System today, and get the Deep
Cleansing Brush FREE. Plus FREE
Shipping.

**Try it Today!**

`Earn Your Credit Now! Click Here`

### Grants Available



Free Grant Money is Available! Get
Your Share!

**FREE Trial**

`Earn Your Credit Now! Click Here`

### Gardening Club



Sign up now and keep all the
gardening products you test FREE!

**Sign Up Today!**

`Earn Your Credit Now! Click Here`

### James Patterson Books



Text - Get I. Michael Bennett for $4.95
plus a FREE gift with membership.
Build the Ultimate Collection from the
World\'s Bestselling Author

**Pay only $4.95**

`Earn Your Credit Now! Click Here`

**McKenney Att. B**
**Page 12**

Last Step



Click Here after you complete the
sponsor participation requirements.

You are on the silver offer page.

Member Support | Gift Status | Privacy Policy | Terms and Conditions

**This Gift Program is not endorsed, sponsored by or affiliated with the manufacturers and retailers of the gift items listed above in anyway. All trademarks, service marks and logos are property of their respective owners.**

THE FOLLOWING IS A SUMMARY OF PROGRAM REQUIREMENTS. SEE TERMS FOR COMPLETE DETAILS. Members are being accepted subject to the following Program Requirements: 1) Must be a legal US resident; 2) must be at least 18 years old or older; 3) must have a valid email and shipping address; 4) Eligible members can receive the incentive gift package by completing two reward offers from each of the Silver and Gold reward offer page options and nine reward offers from the Platinum reward offer page options and refer three friends to do the same. Various types of reward offers are available. Completion of reward offers most often requires a purchase or filing a credit application and being accepted for a financial product such as a credit card or consumer loan. The following link illustrates a Representative Sample of reward offers by group along with monetary and non-monetary obligations. Failure to submit accurate registration information will result in loss of eligibility. This promotion is administered solely by this website. The manufacturers and retailers of the gift items offered through our programs have not endorsed this promotion and are not affiliated with the promotion in anyway. Please read the Terms and Conditions for complete program details. Your information will be shared with our marketing partners. Please read the Privacy Policy for more details.

**McKenney Att. B
Page 13**

eyepothesis™
Youthful Rejuvenation System

Success Stories | Science | Ingredients | FAQs

# Bye-Bye BOTOX®!

Say hello to eyepothesis

## Instant Results

**The Instant Lift Eye™ Patch will make your eyes appear YOUNGER within 20 minutes!**

## A Lifetime of Beauty

**Our Longevity Eye Creme™ will maintain your YOUNGER-looking eyes for a lifetime.**

# GET A RISK FREE TRIAL

..AND SEE THE RESULTS FIRSTHAND

Click for Details

What do you look for in a youth rejuvenation system for the eyes? Most people, just like you, told us three things:

First, you said, "I want fast results." So we integrated the patented Instant Lift™ Eye Patch to give you results in at least 20 minutes. You will be surprised and shocked by the results. Your puffiness will be reduced dramatically and wrinkles will be less noticeable. Trust us, you will be amazed!

Second, you said, "I want the reduced appearance of my wrinkles to last." So we formulated Eyepothesis Extended Rejuvenation Eye Creme with Longevicell® -- clinically tested and scientifically formulated to reduce and minimize the appearance of wrinkles now and into the future with a simple eye crème you apply daily.

Third, you said, "I want my dark circles gone!" So we infused peptide-rich Haloxyl™ into the Eyepothesis Extended Rejuvenation Eye Creme, a powerful, but gentle ingredient to reduce and even eliminate dark circles under your eyes. You'll see the clear, natural skin under your eyes that you saw when

**YES! I want a RISK FREE Trial of Eyepothesis**

**Enter the Address Where You Would Like Your Eyepothesis Shipped:**

| | |
|---|---|
| **First Name** | Redacted |
| **Last Name** | Redacted |
| **Country** | United States |
| **Address** | Redacted |
| **City** | chicago |
| **State** | --Select State/Province-- |
| **Zip** | Redacted |
| **Phone** | -- |
| **Email** | Redacted |

Rush Me My Risk Free Trial

☐ **My shipping addess is different**



Eyepothesis

you were seventeen.



New versions of the miraculous wrinkle cure are coming -one doesn't even require a needle. [1]



New fears about Botox surfaced after reports about a recent study in the Journal of Neuroscience. [2]

**Web**MD [†]
Better information. Better health.

Antiaging Breakthrough:Peptides [3]



73%  89%  100%

**73%** of users **DIMINISHED** the look of **DARK CIRCLES** with Haloxyl™

**89%** of users **REDUCED** the signs of **CROW'S FEET** with Longevicell®

**100%** of users *like you* reported **YOUNGER LOOKING SKIN**

## Science = Results


BEFORE


AFTER

*simulated image

On the 2nd day, I noticed that the puffiness around my eyes was decreasing and the skin under my eyes looked smoother."
-Kipulani, Santa Barbara, CA

The Eyepothesis Youth Rejuvenation System includes powerful anti-aging ingredients that have been proven effective under extensive clinical studies.

- Collagen - Tones and Firms Skin
- Longevicell - Diminishes Dark Circles and Age Spots
- Haloxyl - Reduces the appearance of Wrinkles
- Green Tea - Protects against Free Radicals and Premature Aging



See Why *Eyepothesis* is being called the #1 Skin Care Product in the Industry.

**Try Eyepothesis RISK FREE**

Eyepothesis

Science | Ingredients | Success Stories | About Us | FAQs | Privacy Policy | Return Policy | Contact Us

To Place and Order or to Ask Questions: 1-866-711-2829 24 hours / 7 Days a Week
Live Support: M-F 8am-5pm

All Material at this site © 2012 Eyepothesis                    Please read the *Terms and conditions* of Using this Site.

Notice: Eyepothesis is not responsible for any third-party offers, incentives, fulfillment or representations that may have been used to direct you to order from our site.
The photographs on this website illustrate results that are not typical.

† Eyepothesis is not associated with nor endorsed by Allure, Vogue, or WebMD. Logos are trademarks of the respective publications.
1 http://www.vogue.com/feature/2008_Oct_beyond_botox/
2 http://www.allure.com/magazine/2008/05/botox
3 http://www.webmd.com/skin-beauty/features/top-6-antiaging-breakthroughs

**McKenney Att. B
Page 16**

SUMMARY OF TRIAL REQUIREMENTS: Trial Offer Terms and Conditions: 1.You must be 18 years old or older to participate in this Trial Offer. 2.You must use your own credit card or debit card. 3.Start your Trial Offer now to receive a trial supply of Eyepothesis. You simply invest $1.03, plus a S & P fee of up to $3.87, to evaluate this great skin product for yourself. 4.Your credit card will be charged the selected S&P charge above. 5.If Eyepothesis is not right for you, call 1-866-711-2829 within 8 days from your order date to cancel your trial and you owe nothing more. 6.By participating in the Trial Offer, you are getting the rate of $78.41 a discount of 40% off of the normal retail price and you will be responsible for taking affirmative action during the Trial Offer period to avoid further charges outlined in How the Offer Works. 7.By clicking on the box or button at the time of order, you are agreeing to the terms and conditions in How the Offer Works. 8.You may call 1-866-711-2829 anytime to contact customer service regarding your shipment.

THINAction

bo, you're on your way to a great body!

More Details

Satisfaction Guaranteed

## YES! I Want a RISK FREE Trial of ThinAction! Hurry! 4:50

| | |
|---|---|
| First Name | Redacted |
| Last Name | Redacted |
| Country | United States |
| Address | Redacted |
| Postal Code | Redacted |
| City | chicago |
| State/Province | --Select State/Province-- |
| Email | Redacted |
| Phone | -- |

Rush Me My Risk FREE TRIAL!

☐ Ship to different address

People across the country have lost weight with Green Tea, and Goji Berry! You can too with ThinAction natural weight loss supplements!

abc NEWS

WebMD Better information. Better health. †

CBS.com

Weight Loss in the News

*Join the THOUSANDS who have taken ACTION to LOSE WEIGHT and CHANGE their LIVES!*

**McKenney Att. B**
**Page 18**



ThinAction

## Why it's healthy

"Goji berries have one of the highest ORAC ratings -- a method of gauging antioxidant power -- of any fruit, according to Tufts University researchers. And although modern scientists began to study this ancient berry only recently, they've found that the sugars that make goji berries sweet reduce insulin resistance -- a risk factor of diabetes -- in rats."

## Can It Lower Cholesterol?

"Researchers report that significant reductions in total cholesterol and triglycerides were seen in smokers who drank a product containing juice from the fruit of the noni tree every day for a month."

## Green Tea May Ward Off Weight Gain

"The benefits of green tea might include blocking fat and keeping extra pounds at bay, according to preliminary lab tests in mice. "

### ThinAction can Benefit YOU!*

- Increase your **energy**
- Stay **alert**, **motivated**, and **on task**
- Powerful Green Tea to boost **metabolism**
- **Burn** excess calories
- **Reduce** your appetite
- Helps you **control** your cravings
- Finally **lose** the **weight**
- Antioxidants **Goji** and **Noni**
- **Look and feel great!**



# Clinically Studied Ingredients

Recent studies show that catechins (found in Green Tea) promote weight loss. A powerful antioxidant, Goji Berries have been studied extensively in China for their effectiveness in fighting free radicals. The appetite suppressant and energy-inducing effects of guarana are extensively studied..These effects have resulted in statistically significant weight loss in animal and human trials when combined with proper diet and exercise.

ThinAction



About Us | FAQs | Privacy Policy | Return Policy | Supplement Facts | Contact Us

All Material at this site © 2012 ThinAction                    Please read the *Terms and conditions* of Using this Site.

For Customer Assistance please call: 1-866-913-2541
24 Hours / 7 Days a Week
Live Support: M-F 8am-5pm

*Results May Vary. Please note that all dietary supplement, nutritional, and exercise programs detailed in this website are only to be used by healthy adults over 18 years old. Prior to starting any diet, nutrition, or exercise program, including the ThinAction program, consult a healthcare professional.Please review the complete set of directions and warnings listed on the ThinAction box. ThinAction and all of its agents and/or authors accept no responsibility for injuries that may occur as a result of performing the exercises listed in this website. Results will vary. Notice: ThinAction is not responsible for any third-party offers, incentives, fulfillment or representations that may have been used to direct you to order from our site. Some Featured product testers have been provided ThinAction free of charge to provide reviews. No other compensation was provided.

† ThinAction is not associated with nor endorsed by ABC, CBS, or WebMD. Logos are trademarks of the respective publications.

http://a.abcnews.com/Health/ColdandFluNews/Story?id=5334734&page=3
http://www.webmd.com/cholesterol-management/news/20060302/noni-juice-can-lower-cholesterol
http://www.cbsnews.com/stories/2008/02/15/earlyshow/health/main3836818.shtml

**McKenney Att. B**
**Page 20**

SUMMARY OF TRIAL REQUIREMENTS: Trial Offer Terms and Conditions: 1.You must be 18 years old or older to participate in this Trial Offer. 2.You must use your own credit card or debit card. 3.Start your Trial Offer now to receive a trial supply of ThinAction. You simply invest $1.03, plus a S & P fee of up to $3.87, to evaluate this weight loss product for yourself. 4.Your credit card will be charged the selected S&P charge above. 5.If ThinAction is not right for you, call 1-866-913-2541 within 8 days from your order date to cancel your trial and you owe nothing more. 6.By participating in the Trial Offer, you are getting the rate of $78.41 a discount of 40% off of the normal retail price and you will be responsible for taking affirmative action during the Trial Offer period to avoid further charges outlined in How the Offer Works. 7.By clicking on the box or button at the time of order, you are agreeing to the terms and conditions in How the Offer Works. 8.You may call 1-866-913-2541 anytime to contact customer service regarding your shipment.

**BESTDIGITALREWARDS.COM**
**MEMBER INCENTIVE PROGRAM PARTICIPATION TERMS AND CONDITIONS.**

Last Modified February 4, 2012

The following terms and conditions describe the promotion's participation requirements for the Bestdigitalrewards membership incentive program and its general membership policies. Bestdigitalrewards is solely responsible for the administration of this membership incentive offer. The owners of trademarked names and merchandise used in our promotions do not sponsor and have not endorsed this promotion, nor are they affiliated with Bestdigitalrewards in any way. All trademarks are the property of their respective owners with all rights reserved.

To become a Bestdigitalrewards member and participate in its membership incentive promotion, you must be at least 18 years old and a legal resident of the Contiguous United States with a valid email and mailing address. If you do not meet these requirements, we ask that you do not complete the registration process. Offer not valid to residents of Washington State and where prohibited by law.

**How the Program Works:**
This offer is available to US residents only. Participants must be at least 18 years of age. To receive the Membership Incentive Promotion gift you must complete all of the steps outlined herein. Prospective members must: (a) register with a valid and deliverable email address; (b) submit accurate contact and demographic information including a mailing address, if applicable; (c) acquire two sponsor action points from the Silver Offers Group, two offers from the Gold Offers Group, and nine offers from the Platinum Offers Group for a total of 13 sponsor offers; (d) and refer three friends to do the same (i.e. register and complete the required number of sponsor offers). All referals must be unique in that the registration information and IP address must be different from the original referring account. Action points are earned when a Bestdigitalrewards member completes an advertiser offer after accessing the offer by clicking on a link provided on the Bestdigitalrewards.com website or from the Bestdigitalrewards.com member area. Attempting to gain action points in any way other than clicking on the advertiser links provided by Bestdigitalrewards.com will result in the cancellation of your Bestdigitalrewards.com membership. Please understand that this means completing two offers from the Silver Offers group, two offers from the Gold Offers group, and nine offers from the Platinum Offers group. The Gold Offers group and Platinum Offers group may be accessed from the Bestdigitalrewards.com members area. The member's area is also where you will find your unique referral link to distribute to your friends and family. You must complete and return an Incentive Redemption form after accumulating the required action points. The form may be downloaded from the member area after you have earned thirteen points and refer three friends to do the same. Please understand that failure to supply current and accurate address and demographic information on the redemption form may hinder our ability to deliver the incentive gift to you.

In cases of a financial offer such as a credit card, the card must be activated by making a purchase, balance transfer or cash advance in order for the offer to be considered "completed", and the user must remain a card holder for at least 60 days. In order to receive credit for any sponsor offers completed, the billing information must match exactly to the information used when registering with Bestdigitalrewards.com . Additional terms and conditions may apply to participation in select marketing offers. You should read the terms

**McKenney Att. B**
**Page 22**

of each offer as provided by the advertiser for an explanation of these terms where they exist.

Bestdigitalrewards.com reserves the right to require individuals to provide documentation demonstrating they have completed the advertiser requirements prior to incentive gift redemption in cases where that information is unavailable from the advertiser.

You have up to ninety days from the original date of your membership registration to complete the membership incentive program and redeem your incentive gift. Your gift eligibility is secured as soon as you complete two sponsor action points from the Silver Offers Group, two offers from the Gold Offers Group, and nine offers from the Platinum Offers Group for a total of 13 sponsor offers. You must also refer three friends to do the same. Once you meet the offer completion requirements, you will need to login to your account to print off your redemption certificate. Once we have received your verification, your gift will be sent within thirty days. Gift redemptions are limited to one gift per household. If you have registered for multiple membership incentive gift promotions, you will be given your choice of gift items upon logging into your Member's Area. Action points are not transferable from one incentive gift to another.

**Quick Completion Bonus Offers (Quick Completion Bonus):**
From time to time, Bestdigitalrewards may make additional incentive items available to first time registrants if they complete the BestdigitalrewardsMembership Incentive Promotion (as defined above) within a specified time period of their initial registration session. "Initial registration", as used in connection with Bestdigitalrewards bonus offers, means the first time any individual submits his or her personal information to Bestdigitalrewards . Initial registration does not include any subsequent registrations with Bestdigitalrewards for different Member Incentive Promotions. Bonus Offers are limited to one per person/household.

**Miscellaneous Bonus Offers (Featured Sponsor & Welcome Bonus):**
From time to time, there may be additional bonus gift opportunities available at varying positions throughout our promotions. The specific requirements for receipt of these bonuses will be recited on the webpage where they are offered. Please note that no bonus of any kind will be awarded to any individual who does not first fully complete the requirements for receipt of the underlying incentive gift item. Members should understand that we use various means (e.g. email, web pages, etc.) to promote bonus offerings. Members will not receive more than one bonus gift for completing the same bonus offering multiple times. The Miscellaneous Bonus Offer is limited to one per person/household.

Please note that it may take up to six weeks for our marketing partners to report to us that you have completed their offer. Please be patient while our marketing partners report back to us. You may check your redemption status at anytime through our member interface area at http://Bestdigitalrewards.com/status.php. Simply log in using the same email address with which you registered.

**Bonus Reward Center Emails:**
From time to time you may receive bonus emails from Bonus Reward Center. The specific requirements for receipt of these bonuses will be recited on the webpage/email where they are offered. Please note that no 3rd party bonus of any kind will be awarded to any individual who does not first fully complete the requirements for receipt of the underlying

incentive gift item. Members will not receive more than one Bonus Reward Center bonus gift for completing the same bonus offering multiple times. The Bonus Reward Center Offer is limited to one per person/household. When redeeming your Bonus Reward Center incentive gift, you will need to submit a copy of your redemption voucher, for the underlying promotion, to claim your additional bonus gift. To claim your gift please mail your voucher to Bonus Reward Center 1000 N WEST Street, Suite 1200, Wilmington, DE 19801.

**TERMS OF SPONSOR OFFERS:**

Bestdigitalrewards is not responsible for its sponsors' offers or any transactions that you enter into with the advertisers, sponsors, or partners on this website. Bestdigitalrewards cannot fulfill a sponsor offer, cancel a sponsor offer on your behalf, refund any charges you have incurred, or service an account you created with an advertiser. You should carefully read the requirements, terms and conditions, privacy policy, and billing practices for each sponsor offer prior to signing up.

**REFERRALS:**

From time to time you may be given the opportunity to refer friends to one of our web properties in order to receive additional incentive gifts. In order to connect these referrals to your account, we will provide you with a unique link to this website, which you must then distribute to the intended parties. Your referral link will be provided in your member's area. Any referral that does not click this URL or type it into their web browser accurately cannot be tracked and, thus, cannot be connected to your account. Note that some applications can remove the tracking part of this URL. You assume the risk of this link breaking when using our website. You are responsible for distributing the referral link.

Bestdigitalrewards will not send out any communications on your behalf to encourage such sign-ups to occur. You may complete more than the required number of reward offers and may refer more than the required number of unique households. Additional referrals or offer completions will not result in additional rewards.

Bestdigitalrewards reserves the right to screen all referrals for suspicious activity. We reserve the right to determine, in our sole discretion, which referrals are fraudulent or in violation of these Terms & Conditions, and to place on hold or disqualify all accounts associated with an improper referral. Participation in a "conga line" or any other organized system of individuals trying to obtain enough referrals to qualify for the reward is strictly prohibited and will result in disqualification of your account, as well as the account belonging to the person(s) that referred you to the website and the person(s) that you referred.

**Express Consent:**

By accepting of the terms and conditions of this website, and providing your telephone number, you are subscribing to a service that transmits special offers to subscribers via pre-recorded voice messages.

By subscribing, you are expressly consenting to receive prerecorded telephone messages from The Firebrand Group, LLC, a Nevada company doing business as Worldwide Commerce Associates ("WCA") that include special or discounted sales offers. You are subscribing to receive offers only from WCA, and only at the specific number(s) you have provided to us. Your consent will be effective regardless of whether the number you have provided: (a) is a home, business, or cell phone line; and/or (b) is or will be registered on any state or federal Do-Not-Call (DNC) list, and shall remain in effect until you revoke your

consent and cancel your subscription.

**To unsubscribe:** You may cancel your subscription and revoke your consent to receive telephone calls at any time by either (a) utilizing the opt-out procedure included in any message you receive; or (b) by calling 800-269-0281.

NOTE: WCA does not send offers via e-mail, and is unable to honor any unsubscribe requests sent by other companies. If you are receiving offers via e-mail, please follow the unsubscribe instructions included therein.

**Security:**
The Bestdigitalrewards.com Web Site has security measures in place intended to protect the loss, misuse and alteration of the information under our control. Our hardware infrastructure is housed in a controlled access facility that restricts access to authorized individuals with positive identification. Our network access to the infrastructure is protected by a firewall protection system. Member information is backed up on a periodic basis to protect against accidental loss. However, we can not guarantee that communications between you and Bestdigitalrewards.comwill not be intercepted by others and that information stored on our servers will be free from unauthorized access. While we have taken reasonable precautions to protect this information, you should always use discretion in what information you send to us and not expect that such information will be absolutely free from intrusion.

**Links:**
Bestdigitalrewards.com Web Sites, as well as the electronic messages sent as part of Bestdigitalrewards.com service, may contain links to other sites or services. Bestdigitalrewards.com is not responsible for the privacy practices or the content of such third party sites. If you have a question about the privacy policy of those other sites, please contact them directly.

**Tax Liability:**
You are responsible for all local, state, and federal taxes on any gifts you receive. Bestdigitalrewards.com requires that anyone receiving gifts valued at $600.00 and above in any calendar year complete and submit a W-9 form from the Internal Revenue Service in order to allow Bestdigitalrewards.com to comply with IRS reporting requirements.

**Choice of Laws/Venue:**
You agree that this agreement shall be construed and governed in accordance with the laws of the state of pennsylvania regardless of the conflict of laws provisions of the jurisdiction where you live or any other jurisdiction. You also agree that the proper venue for any dispute pertaining to this agreement shall be the State and Federal Courts located in the County of Chester, State of pennsylvania.

**Arbitration:**
Should a dispute arise concerning the terms and conditions of this Agreement or the breach of same by either party hereto, the parties agree to submit their dispute for resolution by arbitration before the American Arbitration Association in Broward County, Florida, in accordance with the then current Commercial Arbitration Rules of the American Arbitration Association. Any award rendered shall be final and conclusive to the parties and a judgment thereon may be entered in any court of competent jurisdiction. Nothing herein shall be

construed to preclude any party from seeking injunctive relief in order to protect its rights pending an outcome in arbitration. This Agreement, together with the Privacy Policy, constitutes the entire agreement between the parties related to the subject matter hereof, and supersedes any prior or contemporaneous (oral, written or electronic) agreement between the parties. To the extent that anything contained in this Agreement contradicts or is in any way inconsistent with the Privacy Policy, the Privacy Policy shall control in all respects. If any provision of this Agreement is prohibited by law or held to be unenforceable, the remaining provisions hereof shall not be affected, and this Agreement shall continue in full force and effect as if such unenforceable provision had never constituted a part hereof.

**Liability Release:**
By participating in any Bestdigitalrewards.com promotion, you release Bestdigitalrewards.com and its respective parents, subsidiaries, and other affiliated companies, and the directors, shareholders, officers, employees, or agencies of any of the above organizations, for any and all liability for any injury, death, loss, tax liability or damage of any kind arising from entrant's participation in this program, or resulting from acceptance, possession, use or misuse of any sponsor offer or gift. Failure to comply with these Terms and Conditions may result in disqualification from this program. Bestdigitalrewards.com reserves the right, in its sole discretion, to: (i) disqualify from this or any promotion it sponsors now, or in the future, any person it finds, in its sole discretion, has intentionally violated these Terms and Conditions, tampered with the eligibility process, or any other aspect of the promotion; and (ii) cancel or suspend part or all of this program in the event that printing errors, tampering, fraud, unauthorized intervention or other causes beyond Bestdigitalrewards.com 's control, corrupt or impair the administration, security or fairness of the program. Any attempt by you or any other person to deliberately undermine the legitimate operation of the program may be in violation of criminal and civil laws; and should such an attempt be made, Bestdigitalrewards.com reserves the right to seek remedies and damages (including attorneys' fees) from you or any other person to the fullest extent permitted by law, including seeking criminal prosecution.

**LIMITATION OF LIABILITY:**
TO THE MAXIMUM EXTENT ALLOWED BY APPLICABLE LAW, NEITHER THE COMPANY NOR ANY OF ITS SUBSIDIARIES, AFFILIATES, SERVICE PROVIDERS, OFFICERS, DIRECTORS OR EMPLOYEES SHALL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF OR RELATING TO THIS AGREEMENT, NO MATTER HOW CAUSED, INCLUDING WITHOUT LIMITATION AS A RESULT OF TYPOGRAPHICAL, SYSTEM,HUMAN ERRORS AND FAILURES, FAULTY TRANSMISSIONS, TECHNICAL PROBLEMS AND MALFUNCTION (S), ACTS OF NATURE, FORCES, OR CAUSES BEYOND OUR REASONABLE CONTROL, OR THE USE OR INABILITY TO USE THE SERVICE, THE COST OF PROCUREMENT OF SUBSTITUTE GOODS AND SERVICES RESULTING FROM ANY GOODS OR SERVICES PURCHASED OR OBTAINED, MESSAGES RECEIVED OR TRANSACTIONS ENTERED INTO THROUGH THE PROGRAM OR RESULTING FROM UNAUTHORIZED ACCESS TO OR ALTERATION OF USER'S TRANSMISSIONS OR DATA, INCLUDING BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, USE, DATA OR OTHER INTELLECTUAL PROPERTY, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT WILL THE COMPANY'S TOTAL CUMULATIVE LIABILITY TO ANY USER UNDER THIS AGREEMENT EXCEED AN AMOUNT EQUAL TO THE LESSER OF (i) THE VALUE OF THE GIFT FOR WHICH THE CONSUMER HAS REGISTERED, OR (ii) $1,000, OR (iii)

ACTUAL DOLLAR AMOUNT CONSUMER SPENT ON A SITE COMPLETING SPONSOR OFFERS.

DISCLAIMER OF WARRANTIES:THE SITE, THE GIVEAWAY, THE PROGRAMS, PRIZES, GIFTS, AND ANY PRODUCTS AND/OR SERVICES THAT YOU MAY RECEIVE FROM US OR ONE OF OUR THIRD PARTY PARTNERS ARE PROVIDED TO YOU ON AN "AS IS" AND "AS AVAILABLE" BASIS AND ALL WARRANTIES, EXPRESS AND IMPLIED, ARE DISCLAIMED TO THE FULLEST EXTENT PERMISSIBLE PUSUANT TO APPLICABLE LAW (INCLUDING, BUT NOT LIMITED TO, THE DISCLAIMER OF ANY WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT OF INTELLECTUAL PROPERTY AND/OR FITNESS FOR A PARTICULAR PURPOSE). IN PARTICULAR, BUT NOT AS A LIMITATION THEREOF, COMPANY MAKES NO WARRANTY THAT: (A THE SITE, THE GIVEAWAY, THE PROGRAMS, PRIZES, GIFTS, AND ANY PRODUCTS AND/OR SERVICES THAT YOU MAY RECEIVE FROM US OR ONE OF OUR THIRD PARTY PARTNERS WILL MEET YOUR REQUIREMENTS; (B) THE SITE, THE GIVEAWAY, THE PROGRAMS, PRIZES, GIFTS, AND ANY PRODUCTS AND/OR SERVICES THAT YOU MAY RECEIVE FROM US OR ONE OF OUR THIRD PARTY PARTNERS WILL BE UNINTERRUPTED, TIMELY, SECURE OR ERROR-FREE; (C) THE APPLICABLE PRIZE TEST ITEM OR GIFT WILL MEET WITH YOUR REQUIREMENTS AND/OR THAT ANY THIRD PARTY PARTNER WILL PERFORM ITS ASSOCIATED OBLIGATIONS IN A TIMELY OR SATISFACTORY MANNER; (D) YOU WILL QUALIFY FOR A GIFT BY COMPLETING ANY OF COMPANY'S THIRD PARTY PARTNERS' PROGRAM TERMS; OR (E) THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE SITE, THE GIVEAWAY, THE PROGRAMS, PRIZES, GIFTS, AND ANY PRODUCTS AND/OR SERVICES THAT YOU MAY RECEIVE FROM US OR ONE OF OUR THIRD PARTY PARTNERS WILL BE ACCURATE OR RELIABLE. THE SITE, THE GIVEAWAY, THE PROGRAMS, PRIZES, GIFTS, AND ANY PRODUCTS AND/OR SERVICES THAT YOU MAY RECEIVE FROM US OR ONE OF OUR THIRD PARTY PARTNERS, MAY CONTAIN BUGS, ERRORS, PROBLEMS OR OTHER LIMITATIONS. WE WILL NOT BE LIABLE FOR THE AVAILABILITY OF THE UNDERLYING INTERNET CONNECTION ASSOCIATED WITH THE SITE. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM COMPANY, ANY OF ITS THIRD PARTY PARTNERS OR OTHERWISE THROUGH OR FROM THE SITE, SHALL CREATE ANY WARRANTY NOT EXPRESSLY STATED IN THIS AGREEMENT.

**Changing Your Status:** To have all of your personally identifiable information removed from our database, please go to http://Bestdigitalrewards.com/unsub.php and enter your email address. At the current time, we are not able to offer users the direct ability to delete their information from our database, but we will be happy to delete such information after we receive a request to that effect. Please be advised that by requesting that your data be removed from our database, you will be unsubscribed from Bestdigitalrewards.comservices and you forfeit your eligibility to participate in the Bestdigitalrewards.com membership incentive program.

**Updates:**
Bestdigitalrewards.com may revise this Policy at any time in the future to (i) improve or modify the Bestdigitalrewards.com Service, (ii) reflect future developments in Bestdigitalrewards.com data information gathering, storing and release practices, (iii) comply with applicable laws, and (iv) reflect changes in Bestdigitalrewards.com business structure. Accordingly, you should review these terms and policy from time to time to check

for updates. Your continued use of the Bestdigitalrewards.com website shall evidence your acceptance of any changes.

If you do not accept any of the terms of this Policy, we ask that you not complete our registration process. Your registration with Bestdigitalrewards.com constitutes your acceptance of these terms and privacy policy.
You may unsubscribe/opt-out of your membership at anytime by visiting
http://Bestdigitalrewards.com/unsub.php and entering your email address.

Get a $1000 BestBuy Gift Card



# Get Your **$1000 Best Buy** Gift Card!

Participate in our survey! Just answer these easy questions!

## Last Step

# $1000 Best Buy Gift Card!

Once you fully complete the offer Program Requirements as outlined in the terms and conditions, please login to the members area using your registered email address to print your gift redemption certificate.



**Free $1000 BestBuy Gift Card Reserved For:**

chicago, IL ▪▪▪▪

| Disney Books | Grant Money Now | Onlingo |
|---|---|---|
|  |  |  |
| Disney Books for ONLY 99� each! Join today and get FREE shipping! | You May Qualify for Government Grants! Get Instant Access Right Now for FREE! | Fast, Easy, and Effective Learning Method. Better than Rosetta Stone? Learn a new language in 1 WEEK - Spanish, French, German, Italian. Try it FREE and start learning TODAY! |
| **Sign up today!** | **FREE Trial** | **Pay Only Shipping** |
| Earn Your Credit Now! Click Here | Earn Your Credit Now! Click Here | Earn Your Credit Now! Click Here |

| Blockbuster | Dr. Seuss | US Financial Resources |
|---|---|---|

Get a $1000 BestBuy Gift Card



Movies Delivered! Rent Online, Exchange In-Store. Start Your FREE Trial Now!

**FREE Trial**

Earn Your Credit Now! Click Here



4 Dr. Seuss Books, 99¢ each! Free shipping, too! Wacky, wonderful, Dr. Seuss books are perfect for summer reading.

**Sign Up Today!**

Earn Your Credit Now! Click Here



You May Qualify for Government Grants! Get Instant Access Right Now for FREE!

**Free Trial**

Earn Your Credit Now! Click Here

### Sheer Cover



Exclusive Online Offer! Sheer Cover Introductory Kit FREE! 100% Natural Mineral Foundation.

**Pay only Shipping**

Earn Your Credit Now! Click Here

### SkinID by Neutrogena



The personalized acne solution just for you! Clinically proven to make skin clearer! Try it Risk-Free for 60 days. Plus Get 3 Bonus gifts when you sign up today.

**Try it Today!**

Earn Your Credit Now! Click Here

### Disney Movie Club



Join and Get 3 Disney Movies for $1.99 each! Enjoy members-only discounts and offers. DVDs delivered right to your door.

**Free Shipping and Handling!**

Earn Your Credit Now! Click Here

### Hydroxatone



100% Natural. Celebrities pay $160-$200!! for this anti-aging breakthrough. Click here for your FREE TRIAL!

### ProLash™



Volumize, define & lengthen the appearance of your lashes! ProLash's 3-step eyelash enhancement kit helps

### Ivory White - Free Trial!



Ivory White Teeth Whitening - America\'s #1 Teeth Whitening System. Free Trial!

Get a $1000 BestBuy Gift Card



**Pay only $1.99**

Earn Your Credit Now! Click Here



nourish your lashes.

**Try it for only $1**

Earn Your Credit Now! Click Here



**Pay only $2.87 S&P**

Earn Your Credit Now! Click Here

### Smart Retailing



Get a $50 Target Voucher as well as Exclusive Access to Savings on Thousands of Brands Nationwide.

**Pay only $3.95**

Earn Your Credit Now! Click Here

### SkinID by Neutrogena



The personalized acne solution just for you! Clinically proven to make skin clearer! Try it Risk-Free for 60 days. Plus Get 3 Bonus gifts when you sign up today.

**Try it Today!**

Earn Your Credit Now! Click Here

### Protect Yourself



Protect Yourself Against Identity Theft! Start your 30-day free trial now!

**Free Trial!**

Earn Your Credit Now! Click Here





**Click Here** after you complete the sponsor participation requirements.

You are on the gold offer page.

Member Support | Gift Status | Privacy Policy | Terms and Conditions

**This Gift Program is not endorsed, sponsored by or affiliated with the manufacturers and retailers of the gift items listed above in anyway. All trademarks, service marks and logos are property of their respective owners.**

THE FOLLOWING IS A SUMMARY OF PROGRAM REQUIREMENTS. SEE TERMS FOR COMPLETE DETAILS. Members are being accepted subject to the following Program Requirements: 1) Must be a legal US resident; 2) must be at least 18 years old or older; 3) must have a valid email and shipping address; 4) Eligible members can receive the incentive gift package by completing two reward offers from each of the Silver and Gold reward offer page options and nine reward offers from the Platinum reward offer page options and refer three friends to do the same. Various types of reward offers are available. Completion of reward offers most often requires a purchase or filing a credit application and being accepted for a financial product such as a credit card or consumer loan. The following link illustrates a Representative Sample of reward offers by

Get a $1000 BestBuy Gift Card

group along with monetary and non-monetary obligations. Failure to submit accurate registration information will result in loss of eligibility. This promotion is administered solely by this website. The manufacturers and retailers of the gift items offered through our programs have not endorsed this promotion and are not affiliated with the promotion in anyway. Please read the Terms and Conditions for complete program details. Your information will be shared with our marketing partners. Please read the Privacy Policy for more details.

Get a $1000 BestBuy Gift Card

# STEP 3 — Get Your **$1000 Best Buy** Gift Card!

Participate in our survey! Just answer these easy questions!

## Last Step

# $1000 Best Buy Gift Card!

Once you fully complete the offer Program Requirements as outlined in the terms and conditions, please login to the members area using your registered email address to print your gift redemption certificate.



**Free $1000 BestBuy Gift Card Reserved For:**



chicago, IL

| Blockbuster Total Access! | Disney Books | US Financial Resources |
|---|---|---|
|  |  |  |
| Blockbuster Total Access! Movies and Games Delivered. Pick a plan and sign up today for as low as $4.99 for the first two months! | Disney Books for ONLY 99� each! Join today and get FREE shipping! | Get Your Grant Success Kit Today! Grant funding is available and you are eligible. |
| **Try it Today!** | **Sign up today!** | **Pay only $3.87** |
| Earn Your Credit Now! Click Here | Earn Your Credit Now! Click Here | Earn Your Credit Now! Click Here |

| Green Tea FIT | Mineral Makeup | Eyepothesis |
|---|---|---|

Get a $1000 BestBuy Gift Card



Supercharge your diet today with GreenTea FIT™. Promotes weight-loss, increases metabolism and fights fatigue! Contains Green Tea with 270mg of EGCG.

**Try it for only $1**

Earn Your Credit Now! Click Here



6 or 9 piece Mineral Makeup Kit. Pamper yourself with the luxurious feel of mineral makeup. Customize your own shade. Smooth, flawless looking finish every time. $145-$175 value!

**Try it for just $1!**

Earn Your Credit Now! Click Here



Eyepothesis ◆ 20 Years Younger in 20 Minutes. Voted the #1 Skin Care Product in the Industry. Immediate Results. Long Term Rejuvenation. Get your FREE TRIAL today!

**Pay only $1**

Earn Your Credit Now! Click Here

### Hydroxatone



100% Natural. Celebrities pay $160-$200!! for this anti-aging breakthrough. Click here for your FREE TRIAL!

**Pay only $1.99**

Earn Your Credit Now! Click Here

### Eyepothesis



Eyepothesis ◆ 20 Years Younger in 20 Minutes. Voted the #1 Skin Care Product in the Industry. Immediate Results. Long Term Rejuvenation. Get your FREE TRIAL today!

**Pay only $1**

Earn Your Credit Now! Click Here

### Knife Choice



Give a Father's Day Gift that's a cut above the rest! FREE $59.95 Pocketknife. Just pay S&H!

**Pay only Shipping**

Earn Your Credit Now! Click Here

### Disney Movie Club



Join and Get 3 Disney Movies for $1.99 each! Enjoy members-only discounts and offers. DVDs delivered

### ThinAction for Men



Build MUSCLE and Burn Fat with ThinAction for Men. FREE TRIAL

### Onlingo



Fast, Easy, and Effective Learning Method. Better than Rosetta Stone? Learn a new language in 1 WEEK -

**McKenney Att. B**
**Page 34**

Get a $1000 BestBuy Gift Card



right to your door.

**Free Shipping and Handling!**

Earn Your Credit Now! Click Here



**Free Trial**

Earn Your Credit Now! Click Here



Spanish, French, German, Italian. Try it FREE and start learning TODAY!

**Pay Only Shipping**

Earn Your Credit Now! Click Here

### Dr. Seuss



4 Dr. Seuss Books, 99¢ each! Free shipping, too! Wacky, wonderful, Dr. Seuss books are perfect for summer reading.

**Sign Up Today!**

Earn Your Credit Now! Click Here

### Ivory White - Free Trial!



Ivory White Teeth Whitening - America's #1 Teeth Whitening System, Free Trial!

**Pay only $2.87 S&P**

Earn Your Credit Now! Click Here

### SkinID by Neutrogena



The personalized acne solution just for you! Clinically proven to make skin clearer! Try it Risk-Free for 60 days. Plus Get 3 Bonus gifts when you sign up today.

**Try it Today!**

Earn Your Credit Now! Click Here



Click Here after you complete the sponsor participation requirements.

You are on the platinum offer page.

Member Support | Gift Status | Privacy Policy | Terms and Conditions

**This Gift Program is not endorsed, sponsored by or affiliated with the manufacturers and retailers of the gift items listed above in anyway. All trademarks, service marks and logos are property of their respective owners.**

THE FOLLOWING IS A SUMMARY OF PROGRAM REQUIREMENTS. SEE TERMS FOR COMPLETE DETAILS. Members are being accepted subject to the following Program Requirements: 1) Must be a legal US resident; 2) must be at least 18 years old or older; 3) must have a valid email and shipping address; 4) Eligible members can receive the incentive gift package by completing two reward offers from each of the Silver

Get a $1000 BestBuy Gift Card

and Gold reward offer page options and nine reward offers from the Platinum reward offer page options and refer three friends to do the same. Various types of reward offers are available. Completion of reward offers most often requires a purchase or filing a credit application and being accepted for a financial product such as a credit card or consumer loan. The following link illustrates a Representative Sample of reward offers by group along with monetary and non-monetary obligations. Failure to submit accurate registration information will result in loss of eligibility. This promotion is administered solely by this website. The manufacturers and retailers of the gift items offered through our programs have not endorsed this promotion and are not affiliated with the promotion in anyway. Please read the Terms and Conditions for complete program details. Your information will be shared with our marketing partners. Please read the Privacy Policy for more details.

ATT. C

Get a $1,000 Bestbuy Gift Card!



### Get a $1,000 Bestbuy Gift Card!

**15** of 1000 left

## Please enter your code below

6655     Continue

Unsubscribe



http://www.bestbuy.com.lbit.biz/?claimid=212[5/21/2012 4:22:45 PM]

**McKenney Att. C**
**Page 1**





Claim Your FREE $1,000 BestBuy Gift Card!



This Gift Redemption Program is an independent rewards program for consumers and is not affiliated with, sponsored by or endorsed by any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners. THE FOLLOWING IS A SUMMARY OF PROGRAM REQUIREMENTS. SEE TERMS & CONDITIONS FOR COMPLETE DETAILS. Members are being accepted subject to the following Program Requirements: 1) Must be a legal US resident; 2) must be at least 18 years old or older; 3) must have a valid email and shipping address; 4) Eligible members can receive the incentive gift package by completing two reward offers from each of the Silver and Gold reward offer page options and nine reward offers from the Platinum reward offer page options and refer 3 friends to do the same. Various types of reward offers are available. Completion of reward offers most often requires a purchase or filing a credit application and being accepted for a financial product such as a credit card or consumer loan. The following link illustrates a Representative Sample of reward offers by group along with monetary and non-monetary obligations. Failure to submit accurate registration information will result in loss of eligibility. This promotion is administered solely by this website. The manufacturers and retailers of the gift items offered through our programs have not endorsed this promotion and are not affiliated with the promotion in anyway. Please read the Terms and Conditions for complete program details. Your information will be shared with our marketing partners. Please read the Privacy Policy for more details.

Copyright © 2012 bestbuy.bestgiftcardsforu.com All rights reserved.

McKenney Att. C
Page 4

Claim Your FREE $1,000 BestBuy Gift Card!

# Congratulations!

## Where do we send your $1,000 BestBuy Gift Card?

Gender: `--`

First Name:

Last Name:

Address: **(NO PO BOXES)**

Apt/Suite:

Zip Code: State:

City:

✔ Email Address: Redacted

Date of Birth: MM DD YYYY

Cell Phone: - - **(Required)**

Home Phone: - -

**Continue**

By clicking Continue, I have read and agree to the Privacy Policy and Terms & Conditions.

THE FOLLOWING IS A SUMMARY OF PROGRAM REQUIREMENTS. SEE TERMS & CONDITIONS FOR COMPLETE DETAILS. Members are being accepted subject to the following Program Requirements: 1) Must be a legal US resident; 2) must be at least 18 years old or older; 3) must have a valid email and shipping address; 4) Eligible members can receive the incentive gift package by completing two reward offers from each of the Silver and Gold reward offer page options and nine reward offers from the Platinum reward offer page options and refer 3 friends to do the same. Various types of reward offers are available. Completion of reward offers most often requires a purchase or filing a credit application and being accepted for a financial product such as a credit card or consumer loan. The following link illustrates a Representative Sample of reward offers by group along with monetary and non-monetary obligations. Failure to submit accurate registration information will result in loss of eligibility. This promotion is administered solely by this website. The manufacturers and retailers of the gift items offered through our programs have not endorsed this promotion and are not affiliated with the promotion in anyway. Please read the Terms and Conditions

**McKenney Att. C**
**Page 5**

Claim Your FREE $1,000 BestBuy Gift Card!

for complete program details. Your information will be shared with our marketing partners. Please read the Privacy Policy for more details.

Copyright © 2012 bestbuy.bestgiftcardsforu.com All rights reserved.

**McKenney Att. C**
**Page 6**

Last Step



**McKenney Att. C**
**Page 7**

# Last Step

## Tell us where to ship your $1,000 BestBuy Gift Card.

TRACKING NUMBER:
541164823456819

FedEx

SHIP TO:

Redacted | Redacted

Redacted

Chicago | IL | Redacted

**Send It!**

To receive your $1,000 BestBuy Gift Card start by supporting our advertisers.

**First, participate in any one of the Silver offers listed below:**

Scroll Down

## Select 1 of these top sponsor offers & receive a

# Best Buy Gift Card

When you redeem your gift.

### Credit Report

Get your FREE Credit Score with enrollment in CreditReport.com - Easy to read - View online in seconds - Stay protected with state-of-the art credit monitoring tools! - Get your FREE and easy to read Credit Score

Free Trial

**Earn Your Credit Now! Click Here**

### Professional Teeth Whitening

Get a brighter, whiter smile! Professional results - no costly dentist visits! Whiter teeth in just days! Fresh, minty taste! Polishes while whitening! !

Try it for only $1

**Earn Your Credit Now! Click Here**

McKenney Att. C
Page 8





Last Step



**You still need to complete one of the offers**

**below**

---

### Dr. Seuss



Dr. Seuss & Friends Books for ONLY 99� each! Join today and get FREE shipping!

**Sign Up Today!**

Earn Your Credit Now! Click Here

### Disney Movie Club



Join and Get 3 Disney Movies for $1.99 each! Enjoy members-only discounts and offers. DVDs delivered right to your door.

**Free Shipping and Handling!**

Earn Your Credit Now! Click Here

### Onlingo



Fast, Easy, and Effective Learning Method. Better than Rosetta Stone? Learn a new language in 1 WEEK - Spanish, French, German, Italian. Try it FREE! Pay Only Shipping TODAY!

Earn Your Credit Now! Click Here

---

### Blockbuster Total Access!



Blockbuster Total Access! Movies and Games Delivered. Pick a plan and sign up today for as low as $4.99 for the first two months!

**Try it Today!**

Earn Your Credit Now! Click Here

### Green Tea Fit



Supercharge your diet today with Green Tea FIT™. Promotes weight-loss, increases metabolism and fights fatigue! Contains Green Tea with TRY it for 66% $1

Earn Your Credit Now! Click Here

### Mineral Makeup



All Natural Mineral Makeup. Pamper yourself with the luxurious feel of 100% natural mineral makeup. Customize your own shade. Good for you. Good for your skin. Get $51 value! Try it for Just $1

Earn Your Credit Now! Click Here

---

### ProLash™



### FreeCreditScore.com



### Eyepothesis



**McKenney Att. C**
**Page 9**

Last Step



Volumize, define & lengthen the appearance of your lashes in just weeks! ProLash\'s 3-step eyelash enhancement kit nourishes your lashes from the inside out, making them appear longer & thicker.

Try it for only $1!

**Earn Your Credit Now! Click Here**



Have you seen your updated Credit Score? See yours now! Get your Free Trial and Free Credit Score with enrollment in Freecreditscore.com.

**Free Trial**

**Earn Your Credit Now! Click Here**



Eyepothesis � 20 Years Younger in 20 Minutes. Voted the #1 Skin Care Product in the Industry. Immediate Results. Long Term Rejuvenation. Get yours free, Pay only S&H.

**Pay only S&H Today!**

**Earn Your Credit Now! Click Here**

### Ivory White - Free Trial!



Ivory White Teeth Whitening - America\'s #1 Teeth Whitening System, Free Trial!

**Pay only $2.87 S&P**

**Earn Your Credit Now! Click Here**

### Santuko Knife



FREE Professional-Grade Chef\'s Knife! Get the Ultimate Santuko Style Cooking Knife FREE. Just pay shipping and handling. Satisfaction Guaranteed!

**Pay only Shipping!**

**Earn Your Credit Now! Click Here**

### Hydroxatone



100% Natural. Celebrities pay $160-$200!! for this anti-aging breakthrough. Click here for your FREE TRIAL!

**Pay only $1.99**

**Earn Your Credit Now! Click Here**

### Online Business System



Get a risk FREE 14-day trial work at home success kit and earn money at home!

**Try it Today!**

**Earn Your Credit Now! Click Here**

### SkinID by Neutrogena



The personalized acne solution just for you! Clinically proven to make skin clearer! Try it Risk-Free for 60 days. Plus Get 3 Bonus gifts when you sign up, try it today!

**Try it Today!**

**Earn Your Credit Now! Click Here**

### Grant Money Now



You May Qualify for Government Grants! Get Instant Access Right Now for FREE!

**FREE Trial**

**Earn Your Credit Now! Click Here**

Last Step



**Click Here** after you complete the
sponsor participation requirements.

Member Support | Gift Status | Privacy Policy | Terms and Conditions

**This Gift Program is not endorsed, sponsored by or affiliated with the manufacturers and retailers of the gift items
listed above in anyway. All trademarks, service marks and logos are property of their respective owners.**

THE FOLLOWING IS A SUMMARY OF PROGRAM REQUIREMENTS. SEE TERMS FOR COMPLETE DETAILS. Members are being accepted
subject to the following Program Requirements: 1) Must be a legal US resident; 2) must be at least 18 years old or older; 3) must have a valid
email and shipping address; 4) Eligible members can receive the incentive gift package by completing two reward offers from each of the Silver
and Gold reward offer page options and nine reward offers from the Platinum reward offer page options and refer three friends to do the same.
Various types of reward offers are available. Completion of reward offers most often requires a purchase or filing a credit application and being
accepted for a financial product such as a credit card or consumer loan. The following link illustrates a Representative Sample of reward offers by
group along with monetary and non-monetary obligations. Failure to submit accurate registration information will result in loss of eligibility. This
promotion is administered solely by this website. The manufacturers and retailers of the gift items offered through our programs have not
endorsed this promotion and are not affiliated with the promotion in anyway. Please read the Terms and Conditions for complete program details.
Your information will be shared with our marketing partners. Please read the Privacy Policy for more details.

**McKenney Att. C
Page 11**

Get a $1,000 BestBuy Gift Card

# You're almost done!
## To continue, participate in any two of the offers listed below.

To continue, participate in any two of the Gold Offers listed below and fully complete the rest of the program requirements as outlined in the Terms and Conditions.



**Free $1,000 BestBuy Gift Card Reserved For:**



Chicago, IL

---

### Onlingo



Fast, Easy, and Effective Learning Method. Better than Rosetta Stone? Learn a new language in 1 WEEK - Spanish, French, German, Italian. Try it FREE and start learning TODAY!

**Pay Only Shipping**

Earn Your Credit Now! Click Here

### Grant Money Now



You May Qualify for Government Grants! Get Instant Access Right Now for FREE!

**FREE Trial**

Earn Your Credit Now! Click Here

### FreeCreditScore.com



Have you seen your updated Credit Score? See yours now! Get your Free Trial and Free Credit Score with enrollment in Freecreditscore.com.

**Free Trial**

Earn Your Credit Now! Click Here

---

### Blockbuster Total Access!



### Hydroxatone



### US Financial Resources



---

**McKenney Att. C**
**Page 12**

Get a $1,000 BestBuy Gift Card

Blockbuster Total Access! Movies and Games Delivered, Pick a plan and sign up today for as low as $4.99 for the first two months!

**Try it Today!**

Earn Your Credit Now! Click Here

100% Natural. Celebrities pay $160-$200!! for this anti-aging breakthrough. Click here for your FREE TRIAL!

**Pay only $1.99**

Earn Your Credit Now! Click Here

You May Qualify for Government Grants! Get Instant Access Right Now for FREE!

**Free Trial**

Earn Your Credit Now! Click Here

### Sheer Cover



Exclusive Online Offer! Sheer Cover Introductory Kit FREE! 100% Natural Mineral Foundation.

**Pay only Shipping**

Earn Your Credit Now! Click Here

### SkinID by Neutrogena



The personalized acne solution just for you! Clinically proven to make skin clearer! Try it Risk-Free for 60 days. Plus Get 3 Bonus gifts when you sign up today.

**Try it Today!**

Earn Your Credit Now! Click Here

### Disney Movie Club



Join and Get 3 Disney Movies for $1.99 each! Enjoy members-only discounts and offers. DVDs delivered right to your door.

**Free Shipping and Handling!**

Earn Your Credit Now! Click Here

### Ivory White - Free Trial!



Ivory White Teeth Whitening - America\'s #1 Teeth Whitening System. Free Trial!

**Pay only $2.87 S&P**

Earn Your Credit Now! Click Here

### ProLash™



Volumize, define & lengthen the appearance of your lashes in just weeks! ProLash\'s 3-step eyelash enhancement kit nourishes your lashes from the base up & helps them appear longer & thicker.

**Try it for only $1**

Earn Your Credit Now! Click Here

### Professional Teeth Whitening



Get a brighter, whiter smile! Professional results - no costly dentist visits! Whiter teeth in just days! Fresh, minty taste! Polishes while whitening! !

**Try it for only $1**

Earn Your Credit Now! Click Here

Get a $1,000 BestBuy Gift Card

| AgeInvisible | SkinID by Neutrogena | Trivia Shopping |
|---|---|---|







The Botox❒ alternative without the pain and high price. Get instant results upon application. Remove unsightly lines and wrinkles. Same product AS SEEN ON TV.

**Try it for only $1**

Earn Your Credit Now! Click Here

The personalized acne solution just for you! Clinically proven to make skin clearer! Try it Risk-Free for 60 days. Plus Get 3 Bonus gifts when you sign up today.

**Try it Today!**

Earn Your Credit Now! Click Here

New trivia shopping network! You will NEVER pay full retail! Guaranteed! Name brands up to 90% off! HUGE savings, just $4.95 to try!

**Try it today!**

Earn Your Credit Now! Click Here





**Click Here** after you complete the sponsor participation requirements.

Member Support | Gift Status | Privacy Policy | Terms and Conditions

**This Gift Program is not endorsed, sponsored by or affiliated with the manufacturers and retailers of the gift items listed above in anyway. All trademarks, service marks and logos are property of their respective owners.**

THE FOLLOWING IS A SUMMARY OF PROGRAM REQUIREMENTS. SEE TERMS FOR COMPLETE DETAILS. Members are being accepted subject to the following Program Requirements: 1) Must be a legal US resident; 2) must be at least 18 years old or older; 3) must have a valid email and shipping address; 4) Eligible members can receive the incentive gift package by completing two reward offers from each of the Silver and Gold reward offer page options and nine reward offers from the Platinum reward offer page options and refer three friends to do the same. Various types of reward offers are available. Completion of reward offers most often requires a purchase or filing a credit application and being accepted for a financial product such as a credit card or consumer loan. The following link illustrates a Representative Sample of reward offers by group along with monetary and non-monetary obligations. Failure to submit accurate registration information will result in loss of eligibility. This promotion is administered solely by this website. The manufacturers and retailers of the gift items offered through our programs have not endorsed this promotion and are not affiliated with the promotion in anyway. Please read the Terms and Conditions for complete program details. Your information will be shared with our marketing partners. Please read the Privacy Policy for more details.

**McKenney Att. C**
**Page 14**

Get a $1,000 BestBuy Gift Card

## Last Step



To finish, participate in any nine of the Platinum Offers listed below and fully complete the rest of the program requirements as outlined in the Terms and Conditions.

**Free $1,000 BestBuy Gift Card Reserved For:**



Chicago, IL

| Blockbuster Total Access! | Disney Books | US Financial Resources |
|---|---|---|
|  |  |  |
| Blockbuster Total Access! Movies and Games Delivered, Pick a plan and sign up today for as low as $4.99 for the first two months! | Disney Books for ONLY 99� each! Join today and get FREE shipping! | Get Your Grant Success Kit Today! Grant funding is available and you are eligible. |
| **Try it Today!** | **Sign up today!** | **Pay only $3.87** |
| Earn Your Credit Now! Click Here | Earn Your Credit Now! Click Here | Earn Your Credit Now! Click Here |

| Green Tea Fit | Onlingo | AgeInvisible |
|---|---|---|
|  |  |  |

http://mywebrewardsclub.com/...=&incentive_img=http%3A%2F%2Fbestbuy.bestgiftcardsforu.com%2Fassets%2Fpanel1.jpg[5/21/2012 4:34:27 PM]

**McKenney Att. C**
**Page 15**

Get a $1,000 BestBuy Gift Card



Supercharge your diet today with Green Tea FIT™. Promotes weight-loss, increases metabolism and fights fatigue! Contains Green Tea with 270mg of EGCG.

**Try it for only $1**

Earn Your Credit Now! Click Here



Fast, Easy, and Effective Learning Method. Better than Rosetta Stone? Learn a new language in 1 WEEK - Spanish, French, German, Italian. Try it FREE and start learning TODAY!

**Pay Only Shipping**

Earn Your Credit Now! Click Here



The Botox® alternative without the pain and high price. Get instant results upon application. Remove unsightly lines and wrinkles. Same product AS SEEN ON TV.

**Try it for only $1**

Earn Your Credit Now! Click Here

## Ivory White - Free Trial!



Ivory White Teeth Whitening - America\'s #1 Teeth Whitening System. Free Trial!

**Pay only $2.87 S&P**

Earn Your Credit Now! Click Here

## Eyepothesis



Eyepothesis ® 20 Years Younger in 20 Minutes. Voted the #1 Skin Care Product in the Industry. Immediate Results. Long Term Rejuvenation. Get your FREE TRIAL today!

**Pay only $1**

Earn Your Credit Now! Click Here

## Professional Teeth Whitening



Get a brighter, whiter smile! Professional results - no costly dentist visits! Whiter teeth in just days! Fresh, minty taste! Polishes while whitening! !

**Try it for only $1**

Earn Your Credit Now! Click Here

## Disney Movie Club



Join and Get 3 Disney Movies for $1.99 each! Enjoy members-only discounts and offers. DVDs delivered right to your door.

**Free Shipping and Handling!**

Earn Your Credit Now! Click Here

## Purity®



Try the Purity Mineral Collection that includes everything you need for a flawlessly beautiful looking complexion. Get 100% natural mineral makeup at a price you can afford!

**Try it for only $1**

Earn Your Credit Now! Click Here

## ProLash™



Volumize, define & lengthen the appearance of your lashes in just weeks! ProLash\'s 3-step eyelash enhancement kit nourishes your lashes from the base up & helps them appear longer & thicker.

**Try it for only $1**

Earn Your Credit Now! Click Here

Get a $1,000 BestBuy Gift Card

| Dr. Seuss | Credit Report | SkinID by Neutrogena |
|---|---|---|
|  |  |  |
| Dr. Seuss & Friends Books for ONLY 99� each! Join today and get FREE shipping! | Get your FREE Credit Score with enrollment in CreditReport.com - Easy to read - View online in seconds - Stay protected with state-of-the art credit monitoring tools! - Get your FREE and easy to read Credit Score | The personalized acne solution just for you! Clinically proven to make skin clearer! Try it Risk-Free for 60 days. Plus Get 3 Bonus gifts when you sign up today. |
| **Sign Up Today!** | **Free Trial** | **Try it Today!** |
| Earn Your Credit Now! Click Here | Earn Your Credit Now! Click Here | Earn Your Credit Now! Click Here |



Click Here after you complete the sponsor participation requirements.

Member Support  |  Gift Status  |  Privacy Policy  |  Terms and Conditions

**This Gift Program is not endorsed, sponsored by or affiliated with the manufacturers and retailers of the gift items listed above in anyway. All trademarks, service marks and logos are property of their respective owners.**

THE FOLLOWING IS A SUMMARY OF PROGRAM REQUIREMENTS. SEE TERMS FOR COMPLETE DETAILS. Members are being accepted subject to the following Program Requirements: 1) Must be a legal US resident; 2) must be at least 18 years old or older; 3) must have a valid email and shipping address; 4) Eligible members can receive the incentive gift package by completing two reward offers from each of the Silver and Gold reward offer page options and nine reward offers from the Platinum reward offer page options and refer three friends to do the same. Various types of reward offers are available. Completion of reward offers most often requires a purchase or filing a credit application and being accepted for a financial product such as a credit card or consumer loan. The following link illustrates a Representative Sample of reward offers by group along with monetary and non-monetary obligations. Failure to submit accurate registration information will result in loss of eligibility. This promotion is administered solely by this website. The manufacturers and retailers of the gift items offered through our programs have not endorsed this promotion and are not affiliated with the promotion in anyway. Please read the Terms and Conditions for complete program details. Your information will be shared with our marketing partners. Please read the Privacy Policy for more details.