# ATT. T

[Back to Mobile View](#)

AOL
MAIL
You might also like:
 AOL Jobs,
 AOL Real Estate
  and More
DailyFinance

| Enter ticker symbol, company or fund | Get Quote |

Home
Saving
Spending
Investing
Planning
Taxes
Jobs
Real Estate
Questions or Feedback ?



# Phony $1,000 Target Gift Card is the Scam of the Year

By Matt Brownell
Posted 5:01PM 01/18/13 Posted under: Consumer Protection, Ripoffs & Scams
Share

A fake contest for a $1,000 Target (TGT) gift card has been declared 2012's "Scam of the Year" by online complaint resolution platform Scambook.



David J. Rogowski, AOL


My Portfolios

MANAGE

The fraud, which Scambook spotted back in November, actually spread via text rather than through social media or email channels. Victims of this "smishing" (SMS phishing) scheme received a text reading "Your entry last month WON! Go to TargetContests.com enter winning code 3847 to claim your FREE $1000.00 Target gift card within 24hrs." Gullible users who clicked through to the (now-defunct) website and entered the code were prompted to enter a wide range of personal information, but never got their hands on the promised gift card.

The Target scam followed similar scams promising gift cards from the likes of Walmart (WMT) and Best Buy (BBY). And according to Scambook's Kase Chong, those two scams (in January and April, respectively) were smaller test runs for the main event, which dropped like a nuclear bomb in mid-November and prompted more than a hundred complaints to Scambook overnight.

"We believe that it was meant to center around the shopping holiday season," says Chong, who estimates that between 200,000 and 350,000 people across the country received the text on their cell phone. The scammers likely used a random-number generator that picked potentially active cell numbers with a reasonably high success

Phony $1,000 Target Gift Card is the Scam of the Year - DailyFinance

rate.

**The Long Con; A Scam That Breeds Worse Scams**

The good news is that those people who clicked through to the site weren't directly relieved of their money. Instead, they were asked a series of seemingly innocuous questions intended to steal as much personally identifying information as possible, from the victim's mailing address to the name of his or her dog.

"The private info goes into a database, and they sell marketing lists on the black market," Chong explains. "Best-case scenario, you end up getting a whole lot more targeted spam." And the worst case scenario? Your information is used in identity-theft schemes -- or to con you with further scams: By including personally identifying details about you, the next wave of phishing emails will appear more convincing. In other words, this is a scam that breeds more effective scams.

Simple common sense should help most consumers sniff out this sort of fraud: If you didn't enter a contest to win a gift card, that should be your first tip-off that something is amiss. But Chong adds that cell phones are an unregulated "wild west" that makes them particularly susceptible to this kind of fraud. For instance, texting STOP to the number texting you -- a sort of universal code for unsubscribing to text lists -- will actually backfire in this instance, as it confirms to the scammers that your number is valid, and prompts them to send you more spam texts.

If you happened to fall for this scam, but have yet to receive any blow back, don't think you're out of the woods. Chong says that victims of the scam won't know for months, so for the foreseeable future, you should treat emails (and further texts) with a high degree of suspicion. For instance, you might get an email claiming to be from your bank that presents your address and phone number as "proof" that it's from a trusted source.

But here's one thing you won't be getting: A $1,000 Target gift card.

*Matt Brownell is the consumer and retail reporter for DailyFinance. You can reach him at Matt.Brownell@teamaol.com, and follow him on Twitter at @Brownellorama.*

**Market Minute**

**Watch what's hot in today's market**



**Most Popular Stories**

1. 7 New Social Security Rules for 2013
2. New Credit Card 'Checkout Fee' Arrives This Weekend
3. Lower Your Thermostat to Lower Your Heating Bill
4. Budget-Friendly Tips for a Stocked Pantry -- Savings Experiment
5. The Dangers of 401(k) Loans

**The Death of the PC**
The days of paying for costly software upgrades are numbered. The PC will soon be obsolete. And *BusinessWeek* reports 70% of Americans are already using the technology that will replace it. Merrill Lynch calls it "a $160 billion tsunami." Computing giants including IBM, Yahoo!, and Amazon are racing to be the first to cash in on this PC-killing revolution. Yet, a small group of little-known companies have a huge head start. Get the full details on these companies, and the technology that is destroying the PC, in a free video from The Motley Fool. Enter your email address below to view this stunning video.

Enter email address... | Click here for details


Privacy / Legal Information

**DailyFinance Wire**

U.S. Regulators Warn Banks: Don't Expect International Cooperation if You Fail

Get More for Your Money by Repurposing Items for Your Kitchen -- Savings Experiment

S&P/Case-Shiller Index: U.S. Home Prices See Best Yearly Gain Since 2006

E-Filing Tips: How to Get Your Federal Tax Refund Faster and Safer

Six Flags Woos Hungry Customers With a Risky Meal Plan

Fashionably Forbes: 10 Style Icons New to the Billionaire List in 2013

http://www.dailyfinance.com/2013/01/18/target-gift-card-is-the-scam-of-the-year/[1/29/2013 11:11:10 AM]

**McKenney Att. T**
**Page 2**

Phony $1,000 Target Gift Card is the Scam of the Year - DailyFinance

**From Our Partners:**
More Articles on AOL Real Estate
More Articles on AOL Jobs

**More On DailyFinance:**
Identity Theft's Taxing New Trend: Scammers Are After Your Tax Refund
12 Holiday Cyber Scams to Watch Out For
New Year, New You: 5 Cheap Products for Reorganizing Your Life

**Tagged:** gift card scam, identity theft, phishing, phishing scams, scam of the year, scambook, smishing, spam, target gift card scam, target gift card scam text, target scam, target text scam, text message

Share

## Add a Comment

Sign in »



*0 / 3000 Character Maximum

Submit

**66 Comments**                                   Filter by: Newest

**minibikeservice**
Their's nothing like a good scam to brighten your day!
"When you answer no to everything, you'll never be disappointed." me
"When you answer yes to everything, be prepared for a good take down." me
"Find a balance between the two, that works for you and never waiver." me
"If your silver came out of the ground, it belong's back in the ground."
csg out~~

INCALIFORNIA
Wednesday at 3:00 PM

**R**
The stupitidy of Peple in this Cuontry never caeses to ammaze me!!!
Wednesday at 2:16 PM

**More DailyFinance Stories**

**Newswire**
AP | CNN | 24/7 WALLST

**Follow Us**
Facebook | Twitter | RSS | To Go

**Compare Mortgage Rates**
Mortgage Rates by Zillow



**Headlines From DailyFinance Partners**

CNNMoney.com
SPENDING CUTS ARE COMING
Hedge funds get hurt by Apple
Gay marriage gets boost from businesses
More CNNMoney.com

CNBC
No Wall Street Consensus on When & How...
Apple Announces New iPad With More...
What's 'Rich'? Depends on How Old (and...
More from CNBC.com

SmartMoney.com
8 Fund Forecasts for 2013
Apple Investors: Should You Panic?
How to Spot a Dodgy Investment
More at SmartMoney

Fox Business
Obama Boosts Humanitarian Aid to Syrians
BASF Gives Up Seeking Approval for GMO...
Dish Won't Petition FCC on Sprint,...
More Fox Business

Consumer Reports
5 tips for cheaper flights and more for...
Could owning a gun

Huffington Post
Conservative Scholar: Reject Austerity
Major Effort Toward

**McKenney Att. T**
**Page 3**

Phony $1,000 Target Gift Card is the Scam of the Year - DailyFinance



affect how much you...   Potential Clinton...
Consumer Reports Index:   LOOK: Google Unveils
Middle-income...   Detailed Maps Of...

**More from Consumer Reports**   **More from Huffington Post**

▼ **1 reply to R's comment**

**doll**
You're right. and It's the love of money that makes people fall for stupid stuff like that.. hey tc
Wednesday at 2:56 PM

**Tom**
The first thing I thought about when reading about this scam is Mitt Romney. Is Bain Capital behind this? I'm a little bit suspicious.
Wednesday at 1:36 PM

**onebadcad**
When you're that stupid you almost deserve to lose.
Wednesday at 1:08 PM

**brianp67**   +1
hey stupids if it is true good to be true and you go for it I don't feel your pain and if in doubt call the corporation
one thing no company hands out free of anything
Wednesday at 10:21 AM

**Tara Friendly**   -1
I couldnt spend $10 in a Target they are so far behind Costco & Wal Mart I never shop there. Remind me of the old crummy K-Marts
Wednesday at 10:17 AM

**rwikert**   +2
I'm sorry, but you have to be dumber than a bag of rocks to fall for a scam like this.
Wednesday at 10:01 AM

**Chris**   +2
In this day and age of hackers and scamers, people should be aware already not to give out any personal information via phone, text, computer, etc. If it sounds to good to be true, it is....no one gives anything for free, especially a $1000.00 DON'T GIVE OUT PERSONAL INFO.
Wednesday at 9:15 AM

**Cindy**   +1
I always deleted that message.
Wednesday at 8:59 AM

**Deb**   +1
Yeah they sent us an email saying we won a $1,000.00 gift card from Target. My husband and I laughed about it knowing well that if it's too good to be true it is.
Wednesday at 7:27 AM

▶ **Load more comments**

| AolEnergy. | AolReal Estate. | Aol Jobs. | IBTIMES |
|---|---|---|---|
| $1 Billion Green Bank to Advance New… | Homebuying Advice: What to Know About… | Surprising Success Of Schizophrenics | FedEx, General Mills, Oracle, Adobe:… |
| IBM: Putting A 'Human Face' to Big Data | Tyler Perry's Home Sold in California… | Teen Chef Flynn McGarry Makes Debut at… | Technology Focus: Zuck's Good Week… |
| Tendril Partners With Hitachi for Smart… | New Orleans' Super Bowl XLVII Spotlight… | Unemployed Man, Chad David Ryan, Turned… | US, Libya Officials Offer Differing… |
| More from AOL Energy | More from AOL Real Estate | More from AOL Jobs | More from International Business Times » |

DailyFinance

[Search DailyFinance News]

## Business News
Main
Autos
Books
Charity
Columns
Crime
Food
Green
Media
People
Travel
Jobs
Real Estate

## Personal Finance
Savings Experiment
Debt
Insurance
Credit
College Finance
Retirement Center
Recalls
Taxes

## Investing
Portfolios
Investor Center
Media
Credit
Stocks in the News
ETF's
Earnings

## Our Partners
Tech News
Small Business
Real Estate
24/7 Wall St
Autoblog

DailyFinance Sitemap | Terms of Service | Privacy Policy | Trademarks | HELP | Advertise With Us
© Copyright 2013 AOL Inc. All Rights Reserved





# Text Message Gift Card Scam is Back for the Holidays

BY **EMILY PATTERSON** – NOVEMBER 30, 2012
POSTED IN: ALERTS/SCAMS, HOLIDAY, NATIONAL, SHOPPING

The gift card text message scam is back with a vengeance this holiday shopping season. Shoppers across the country are reporting receiving spam text messages, called smishing, saying they won a pricey gift card.

**How the Scam Works:**

You receive a text message. When you open it, you are surprised by a message informing you that you've won a Best Buy gift card (or Target, Wal-Mart or other major retailer). You just need to go to a website and enter a PIN, and the card is yours.

The text's URL leads to a website that has the company's colors and logo. It looks authentic with the company's name as the site's sub-domain (example: www.bestbuy.scamwebsite.com).

You are asked to enter the PIN and an email address. Then, you are taken to a form and instructed to fill out your name, cell number, mailing address and answer unrelated personal questions, such as "Are you interested in going back to school?" and "Are you diabetic?" When you reach the page to "claim your gift card," you instead find yourself directed to another site to apply for a credit card.

The texts are just a way to collect personal information for shady advertisers. Scammers often change the store names and cash amounts of the gift cards. A typical text message is below:

"Black Friday Winner #88323! You have WON the Best Buy Gift Card for $1000! Get your prize at WEBSITE now! Use the code 5417."

**What Can I Do About Scam Text Messages:**

- Ignore instructions to text "STOP" or "NO" to prevent future texts. This is a common ploy by scammers to confirm they have a real, active phone number.
- Forward the texts to 7726 (SPAM on most keypads). This will alert your cellphone carrier to block future texts from those numbers.
- If you think your text message is real, be sure it's directing to a web address like Bestbuy.com or Target.com, not www.bestbuy.otherwebsite.com
- And as always, if you think getting a free $1,000 gift card seems too good to be true, it probably is.

**For More Information**

### Categories
- Consumer/Business Services
- Alerts/Scams
- Business to Business
- Computers-Internet-Technology
- Credit-Mortgages-Finances
- Family Children & Education
- Food & Beverage
- Health Care Services
- Home Improvement
- Home Interior – Design & Products
- Insurance
- Retail Stores/Products

### Disclaimer
Views expressed on this Blog are those of the individual author and do not necessarily reflect the views of BBB or the Council of Better Business Bureaus.

### Archives

### Most Viewed Today
- Were You the PowerBall Winner? What to do if you Strike it Rich
- Fake Facebook Privacy Notice Circulates Through Newsfeeds
- Plugging In When the City is Dark
- Who Called Me? How to Find Out

### Latest Recalls By The CPSC
- Triaminic and Theraflu Products Recalled Due to Failure to Meet Child-Resistant Closure Requirement; Risk of Poisoning
- FoodState Recalls Bottles of MegaFood One



Learn what your cellphone carrier has to say about stopping spam. Click here for advice from ATT, Verizon, T-Mobile and Sprint.

To find out more about scams, check out the new BBB Scam Stopper.

NOTE: Best Buy, Target, Wal-Mart, AT&T, Verizon, Sprint, and Western Union are BBB Accredited Businesses and/or National Partners.

## Related Posts:

- Are Your Kids' Data Charges Sending Your Cell Phone Bill Through the Roof?
- How to Block Unwanted Text Spam
- iPhone 5 Coming to Sprint
- Target Pledges to Match Online Competitor Prices
- Major Retailers Team Up to Offer Mobile Payments

**TAGS:** AT&T, Best Buy, fake gift cards, gift card, scam alert, Sprint, t-mobile, target, Verizon, Wal-Mart

**About Emily Patterson**

### 2 Comments

**Mason**
Posted December 3, 2012 at 12:37 PM

Reply

I get these texts all the time!!!

This is great advices, I will be doing this when I get these texts in the future! Thanks for the tip!

"Forward the texts to 7726 (SPAM on most keypads). This will alert your cellphone carrier to block future texts from those numbers."

Report this comment

### Trackbacks / Pings

Up to date, accurate Garfield County Public Information

### Leave a Reply

Your email address will not be published. Required fields are marked *

**Name**
*

**Email**
*

Daily Supplements Due to Lack of Child-Resistant Packaging

**Latest Auto Recalls**

- THOMAS BUILT ( 13V022000 )
- GREAT DANE ( 13V018000 )

**Blogroll**

- Consumer Reports
- Consumer World
- ConsumerMan with Herb Weisbaum
- Kiplinger
- Mashable
- Money Talks

**Better Business Bureau | US**

9,591 people like Better Business Bureau | US.

Facebook social plugin

Text Message Gift Card Scam is Back for the Holidays

**Website**

**Comment**

Submission Rules

You may use these HTML tags and attributes: `<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite> <code> <del datetime=""> <em> <i> <q cite=""> <strike> <strong>`

Post Comment

Privacy Policy | Terms of Use | Trademarks | Find a BBB | BBB Directory
© 2012 Council of Better Business Bureaus, Inc.

How to stop scam text messages from getting to your cell phone



Dining Offers   Autos for Sale   Newsletters   Contests   Mobile   ABC Primetime   PhoenixLaw.TV

Monday, February 4, 2013

| HOME | NEWS | WEATHER | TRAFFIC | SPORTS | THINGS TO DO | ENTERTAINMENT | SMART SHOPPER | VIDEO | ABOUT US |

**ALERTS**  NOW: Donate to Alphabet Soup Drive

## How to stop scam text messages from getting to your cell phone

Video | Photo

This video cannot be played.
Your web browser or device does not support HTML5 video.

A A A A   SHARETHIS

79 people recommend this.

Tweet

Posted: 01/28/2013

By: Joe Ducey

"Your entry last month has WON! Go to www.****.com to claim your FREE $1000 Target gift card within 24 hrs."

That's a text I got last week. If you haven't received one of these annoying texts, you know someone who has. Ask around.


advertisement

### RIGHT NOW: Top Stories


**LIVE VIDEO: Defense in Jodi Arias trial**
The Jodi Arias trial resumes for the 2008 murder of her ex-boyfriend in Mesa. **INSIDE:** See full coverage and live video.

It may say Target or Best Buy. It could say Walmart. But those stores have nothing to do with it.

Rarely do I hear from SO many people who want to believe so badly that something is real.

I've aired stories on it. I've personally written back dozens of people. Yet every day, I get calls, posts and emails that go much like this:

Consumer: Did I win?
Joe: Did you enter?
Consumer: Enter what?
Joe: Then how could you win?

NO! IT'S NOT REAL. IT'S A SCAM!

You answer the text, it leads to another site, and scammers get information they can later abuse.

Don't get me wrong. I ask people to send me their scams. But, they keep coming. Which leads me to believe some people ARE replying and scammers ARE getting what they want.

It's clear, exposing the scam ... repeatedly ... isn't enough.
The real solution? Keeping these texts off your phone in the first place!

So, I asked my friends at Scambook.com what we all want to know: How do scammers get my number?


**NFL: Outage won't hurt New Orleans**
Sunday's 35-minute power outage during the Super Bowl game will not likely diminish New Orleans' chances of hosting another of the games, says NFL Commissioner Roger Goodell.


**8 killed, 42 hurt in CA tour bus crash**
The death toll in a Southern California tour bus crash is expected to rise Monday as authorities try to get to bodies still inside the bus, authorities said.


**Phoenix Zoo to let mom name baby zebra**
The male foal was born on January 19 to Masika and Punda and weighed in at 100 pounds.


**Could your iPad cause sleep trouble?**
Long term use of an iPad, tablet devices or laptops before bed can result in more serious sleep disorders, according to the study.

**McKenney Att. T**
**Page 9**

How to stop scam text messages from getting to your cell phone

They came up with three ways:

1. Scammers use special software that crawls websites like Facebook and Craiglist looking for phone numbers you post. **Don't post phone numbers**.

Advertisement

2. Scammers use random number generators to send out messages to both activated and deactivated numbers. If you reply, the software knows the number works, and you get more. **Don't reply**.

3. Scammers use computer viruses and hacking techniques to gather phone numbers from your own computer or private email account. Not much you can do about that one.

And I took it to the businesses we pay every month for the instrument that brings us these bogus texts.

So AT&T, Sprint and Verizon, how do we keep these annoying text messages off my phone?

Well, they offer help, sort of.

Verizon has something called "**Block that Spam**." It's free. You enter the annoying phone number and it's gone. You can also block texts from email or web addresses. But, it lasts 90 days and then you have to re-enter the number. And since the same scammers use different numbers each time, you'll be blocking a lot of numbers.

Read about Verizon Wireless free spam controls.

AT&T asks you to forward the spam message to short code 7726 (SPAM). They will then investigate, though it doesn't say that will automatically block the text message number.

Read about AT&T's text message spam controls.

Both companies agree ... don't respond to the texts or you will likely get many more.

My advice? One word: **delete**!

Are there scams you see? Is there something that needs to be investigated?

This week's scam stopper: Never deposit a check you receive from someone you don't know. It could end up closing your bank account.

Email me with any scams you see or "like" my ABC 15 Facebook page and let's talk about them there.

Copyright 2013 Scripps Media, Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

### Go Daddy's kiss ad creating buzz

The Valley-based web domain company "Go Daddy" is known for its steamy ads, but many people are saying one went too far.

Watch Video

PRINT

 SHARETHIS

## Comments

Login or signup
You must be logged in to comment

Type your comments here...

Live


AlisonBrie
my neighbor's aunt makes $87/hour on the computer. She has been out of work for 6 months but last month her pay was $17900 just working on the computer for a few hours. Here's the site to read more... http://www.mumsnet.com.qr.net/j62O
User ID:http://facebook.com/100005140625059
6 Days Ago
· Reply


MikeMendis
Another one going around is here http://www.ruscammer.com/6175833108/index.html tring to get you to goto some view social site.
User ID:http://facebook.com/1150475098
6 Days Ago
· Reply

How to stop scam text messages from getting to your cell phone


ABC15 Arizona
Hit LIKE if you've received annoying scam messages on YOUR cell phone. Joe Ducey Investigative Reporter offers 4 easy ways to stop them. DETAILS ---> http://bit.ly/TPm7JS



http://www.facebook.com/abc15/posts/10151277676626...

Talkabout Productions, Shazia Khan, Gene Kreuziger, Christopher D. Browning, Debbie Bartelt and 183 more like this.
User ID:http://facebook.com/abc15
6 Days Ago
· Reply

WayneWonder
this article is quite the joke...abc15 cant even eliminate the scammers on this blog ... the grab line on abc15 home page said 4 ways--the article says 3 ... let me give you one good way to stop text scammers----dont text! i dont do text so i dont get scammed.....
DavidBoger likes this.
User ID:http://facebook.com/100001831865904
6 Days Ago
· Reply

AZBitesBack
ABC take your own advice and stop the spammer and his, sister, mother from posing how they got and so can you, or have one reporters try they scam gig and tell US IF IT WORKS to make $8000 in so many days, weeks,
DavidBoger and WayneWonder like this.
User ID:http://facebook.com/100002979804113
6 Days Ago
· Reply
More
social networking by

abc15.com    Mobile & iPhone    Facebook    Twitter

news    station links    entertainment    connect    about us

http://www.abc15.com/dpp/money/consumer/alerts/how-to-stop-scam-text-messages-from-getting-to-your-cell-phone[2/4/2013 12:51:56 PM]

**McKenney Att. T**
**Page 11**

How to stop scam text messages from getting to your cell phone

| | | | | |
|---|---|---|---|---|
| Local | Sitemap | Watch ABC Shows | Facebook | Advertise With Us |
| Consumer Survival Guide | ABC15 FCC Profile | Celebrity News | Twitter | EEO Report |
| Sports | Sonoran Living | Crosswords & Sudoku | RSS | Partners |
| Traffic | Live Well Network | Comics | Mobile & iPhone | Privacy Policy |
| Weather | 15 Links | Horoscopes | Send Us News Tips | Station Jobs |
| Full Story Archive | News Releases | Things to Do | Send Us Photos & Videos | Staff Bios |
| Smart Shopper | Contests & Events | TV Listings | Ask a Question | Terms of Use |
| | Autos for Sale | | | |

**PhoenixLaw.TV**

| | | |
|---|---|---|
| Phoenix Bankruptcy Lawyer | Phoenix Estate Planning Lawyer | Phoenix Car Accident Lawyer | Phoenix Personal Injury Lawyer |
| Phoenix Criminal Defense Lawyer | Phoenix DUI Lawyer | | |

Scripps TV Station Group
©2013 The E.W. Scripps Co.
Privacy Policy | Terms of Use | EEO Report

More News and information from our local news partners