# PX3

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY
### PURSUANT TO 28 U.S.C. § 1746

1.      I, _Vivian Cahill_, have personal knowledge of the facts set forth below and am competent to testify as follows:

2.      I have authority to certify the authenticity of the records produced by DNC Holdings, Inc., and attached hereto.

3.      The documents produced and attached hereto by DNC Holdings, Inc., are originals or true copies of records of regularly conducted activity that:

      a.      Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

      b.      Were kept in the course of the regularly conducted activity of DNC Holdings, Inc.; and

      c.      Were made by the regularly conducted activity as a regular practice of DNC Holdings, Inc.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _May 23, 2012_ .

_____
Signature

# ATT.



DNC Holdings, Inc. Att.
Page 1 of 8

directNIC 4.0 Desktop : Support: Search: Index       https://intranet.directnic.com/support/search/?s=mywebrewardsclub.com

| Information | | Domains | Invoices | |
|---|---|---|---|---|
| account id | 549479 | 4freeweekly.com | 6036050 | $20.00 |
| Account Tools | Login as user | 7minutejobs.com | 6035121 | $5.00 |
| | Login log | absolutegetaways.com | 6033778 | $15.00 |
| | Tigershark Search | | 6033257 | $15.00 |
| | Renewal Emails | acclamonlinesolutions.net | | |
| | NACK Pending Transfers | accuoffer.com | 6028958 | $30.00 |
| Trouble Tickets: | Open Phone Ticket | acomahighgroups.com | 6023569 | $15.00 |
| | View TTS History | | 6021611 | $75.00 |
| Fraud Checks: | Analyze for fraud | addrive.ws | 6017219 | $15.00 |
| | Related Accounts by CC | admonitionserve.com | 6010996 | $15.00 |
| | Related Accounts by Cookies | | 6010102 | $15.00 |
| Accounting: | All Purchases | advantagedigitalmarketing.com | | |
| | directNIC Dollar usage | advantagedigitalmarketing.net | 6009676 | $20.00 |
| | CC Lookup | | 6002889 | $15.00 |
| | Account Pricing | aestivalserve.com | 5999639 | $30.00 |
| Changes: | Password Changes | affiliateddigitalmarketing.com | 5998197 | $30.00 |
| | Account Changes | affiliateddigitalmarketing.net | 5995424 | $600.00 |
| | Signup Data | agdlog.com | 5993352 | $450.00 |
| **Account Contact** | | aigring.com | 5992568 | $225.00 |
| First name | System | allfree123.com | 5990319 | $15.00 |
| Last name | Admin | allregsrv.com | 5985544 | $45.00 |
| Email | contact@dnshandler.net | | 5984956 | $30.00 |
| Company | SubscriberBASE | amazinglythinlaptop.com | 5984027 | $150.00 |
| Address | 4840 Forest Drive Suite 6-B | andoverwebmarketing.com | 5981496 | $20.00 |
| | PMB 338 | andoverwebmarketing.net | 5980886 | $30.00 |
| | Columbia SC, 29204 | angleradvisor.com | 5979662 | $15.00 |
| Country | US | angleranalysis.com | 5978968 | $15.00 |
| Phone | 803-790-8381 | anglersbestfriend.com | 5972873 | $30.00 |
| Fax | 803-790-7735 | | 5971445 | $45.00 |
| Opt-Out Newsletter | N | appswag.com | 5970358 | $30.00 |
| Language | | ariwebmedianetwork.com | 5964918 | $15.00 |
| Activation code | euphoric | augustamediasolutions.com | 5961329 | $30.00 |
| Signup date | 2007-01-23 10:58:46 | auklym.com | 5959125 | $45.00 |
| **Coupon Codes** | | aurorabirdwebnetworks.com | 5959335 | $75.00 |
| | | avcounter10.com | 5957693 | $150.00 |
| ☐ Apply Coupon ▮▮▮▮ | | avfollow10.com | 5956789 | $15.00 |
| Allowed to Use Coupon Codes | | avgaque10.com | 5955824 | $30.00 |
| | | | 5952658 | $15.00 |
| Used Coupon Codes | | avgauge10.com | 5951890 | $90.00 |
| ✿ dot CO $12.99 for first year of registration [SuperCO] | | awnhelm.com | 5949153 | $15.00 |
| ✿ Save 10% off COM/NET/ORG Renewals [RenewNowAndSave] | | | 5948037 | $15.00 |
| **Default Nameservers** | | | | |

Search For      [ Submit Query ]

**DNC Holdings, Inc. Att.**
**Page 2 of 8**

directNIC 4.0 Desktop : Support: Search: Index                https://mailet.directnic.com/support/search?s=mywebrewardsclub.con

| | | |
|---|---|---|
| NS0.DIRECTNIC.COM | bag-o-luck.com | 5945648 $300.00 |
| NS1.DIRECTNIC.COM | bagoluck.com | 5944797 $45.00 |
| **Default Contacts** | bakerbradleysolutions.com | 5942606 $15.00 |
| Owner         System Admin | bambly.com | 5942099 $15.00 |
| contact@dnshandler.net | bartononlinesolutions.com | 5941069 $75.00 |
| SubscriberBASE Holdings Inc. | | 5938038 $45.00 |
| 4840 Forest Drive Suite 6-B | baswer.com | 5937426 $15.00 |
| PMB 338 | belmontonlinesolutions.com | 5936538 $15.00 |
| Columbia SC, 29206 US | belvederelymediagroup.com | 5934609 $15.00 |
| (803)790-8381 | beredleb.com | 5933526 $15.00 |
| Admin         System Admin | bestdigitalrewards.com | 5931607 $75.00 |

### Default Contacts

**Owner**
System Admin
contact@dnshandler.net
SubscriberBASE Holdings Inc.
4840 Forest Drive Suite 6-B
PMB 338

Columbia SC, 29206 US
(803)790-8381

**Admin**
System Admin
contact@dnshandler.net
SubscriberBASE Holdings Inc.
4840 Forest Drive Suite 6-B
PMB 338

Columbia SC, 29206 US
(803)790-8381

**Tech**
System Admin
contact@dnshandler.net
SubscriberBASE Holdings Inc.
4840 Forest Drive Suite 6-B
PMB 338

Columbia SC, 29206 US
(803)790-8381

**Billing**
System Admin
contact@dnshandler.net
SubscriberBASE Holdings Inc.
4840 Forest Drive Suite 6-B
PMB 338

Columbia SC, 29206 US
(803)790-8381

bag-o-luck.com 5945648 $300.00
bagoluck.com 5944797 $45.00
bakerbradleysolutions.com 5942606 $15.00
bambly.com 5942099 $15.00
bartononlinesolutions.com 5941069 $75.00
baswer.com 5938038 $45.00
belmontonlinesolutions.com 5937426 $15.00
belvederelymediagroup.com 5936538 $15.00
beredleb.com 5934609 $15.00
bestdigitalrewards.com 5933526 $15.00
bestpromosontheweb.com 5931607 $75.00
bevyofbeverly.com
bigezrewards.com
binehard.com
binglands.com
birdanx.com
blueribbongiftcards.com

Search For    Submit Query

**DNC Holdings, Inc. Att.**
**Page 3 of 8**

settings | directNIC                                    https://secure.directnic.com/myaccount/settings/editcontact.php?contact.



Welcome, promolabs!
Customer No: **549479**
Last Login: 18-May-2012 09:26:34 CDT    [Logout]

**Home**   **Domain Search**   **Hosting**   **Sign-Up**   **My Account**   **Renew**   **Help**   **Contact Us**

**Domain Manager**   **Renewal Manager**   **Transfer Manager**   **directNIC Credits**   **Customer Settings**

**Customer Settings**
▸ Contacts Manager
▸ Account Information
▸ Default Domain Settings
▸ Nameserver Profiles
▸ Affiliate Program
▸ Invoices
▸ Change Your Password
▸ Set Transfer Security
▸ Notification Settings
▸ Credit Card Manager
▸ Login Activity
▸ directNIC Emails

**Basic Options**
▸ Domain Registrations
▸ Bulk Registrations
▸ Domain Transfers
▸ Domain Renewals
▸ Bulk Renewals
▸ POP3 Email Accounts
▸ Webmail Access

**Advanced Options**
▸ Accept Credit Cards
▸ directDNS Pro
▸ SSL Certificates
▸ directNIC Hosting
▸ directPRIVACY

**About This Page**
To add or edit a contact, enter the appropriate information into the fields and click the button to submit

**Need Help?**
▸ FAQ
▸ Trouble Ticket System
▸ Resource Center
▸ Guides

# Edit Contact

**First Name:** System

**Last Name:** Admin

**Organization:** SubscriberBASE Holdings Inc.   • For personal use, enter your First Name and Last Name as the Organization.

**Address:** 4840 Forest Drive Suite 6-B

PMB 338

**City:** Columbia

**Country:** United States

**State:** South Carolina

**Province:** Not Applicable

**Zip/Postal Code:** 29206

**Email Address:** contact@dnshandler.net

**Phone Number:** (803)790-8381

**Phone Extension:**

**Fax Number:**

[Edit Contact]

About directNIC | Legal Information | Site Map
©2012 DNC Holdings, Inc. All rights reserved.



**DNC Holdings, Inc. Att.
Page 4 of 8**

manager | directNIC                                                    https://secure.directnic.com/myaccount/manager/details.php?domain=...



Welcome, promolabs!
Customer No: 649479
Last Login: 18-May-2012 09:26:34 CDT

Logout

**Home**    **Domain Search**    **Hosting**    **Sign-Up**    **My Account**    **Renew**    **Help**    **Contact Us**

**Domain Manager**    **Renewal Manager**    **Transfer Manager**    **directNIC Credits**    **Customer Settings**

---

**About This Page**

For your convenience, here you can see information about your domain. From this page you may purchase services you do not already have, renew existing services, and edit information that directNIC has stored as being associated with this domain.

**List your domain**
▸ For Sale at AfterNIC

**Need Help?**
▸ FAQ
▸ Trouble Ticket System
▸ Resource Center
▸ Guides

# Details for: mywebrewardsclub.com (Visit Domain)

**Domain Status:** OK: Domain resolves to 208.38.152.193

**Expiration Date:** 06-Jul-2012

**Renew Domain:** Auto Renews on 22-Jun-2012
Renew mywebrewardsclub.com now

**Nameservers:** Nameserver 1: NS1.ONLINEINCENTIVEDIRECT.COM
Nameserver 2: NS2.ONLINEINCENTIVEDIRECT.COM

**Transfer Status:** High Security (locked)

**AuthInfo (Auth Code):** gxq-876-lej-660   Create new Auth Code

**Hosting:** Not hosted

**SSL:** No SSL Certificates

**directPRIVACY:** Active

**Name:** Domain Name Proxy Service, Inc Direct Privacy ID EFFC1

**Email:** mywebrewardsclub.com@domainnameproxyservice.com

**Organization:** Direct Privacy ID EFFC1

**Address:** P.O. Box 6592
Metairie, LA 70009 US

**Phone:** 1-504-355-0082

**This domain uses directPRIVACY service**
Edit directPRIVACY information

---

About directNIC | Legal Information | Site Map
©2012 DNC Holdings, Inc. All rights reserved.



**DNC Holdings, Inc. Att.
Page 5 of 8**

rivatewhois | directNIC                    https://secure.directnic.com/myaccount/privatewhois/?action=edit&pw...



Welcome, promolabs!
Customer No: 549479
Last Login: 18-May-2012 09:25:34 CDT    Logout

**Home    Domain Search    Hosting    Sign-Up    My Account    Renew    Help    Contact Us**
**Domain Manager    Renewal Manager    Transfer Manager    directNIC Credits    Customer Settings**

| directPRIVACY Options |
| --- |
| ▸ Domain List |
| ▸ Purchase |

| Basic Options |
| --- |
| ▸ Domain Registrations |
| ▸ Bulk Registrations |
| ▸ Domain Transfers |
| ▸ Domain Renewals |
| ▹ Bulk Renewals |
| ▸ POP3 Email Accounts |
| ▸ Webmail Access |

| Advanced Options |
| --- |
| ▸ Accept Credit Cards |
| ▸ directDNS Pro |
| ▸ SSL Certificates |
| ▸ directNIC Hosting |
| ▸ directPRIVACY |

| About This Page |
| --- |
| Use this page to purchase and modify directPRIVACY. |

| Need Help? |
| --- |
| ▸ FAQ |
| ▸ Trouble Ticket System |
| ▸ Resource Center |
| ▸ Guides |

# Edit directPRIVACY Credit

**Domain:** mywebrewardsclub.com    remove domain from credit

**Forward email and flat mail to:** contact@dnshandler.net

**Physical Address:**
System Admin
4840 Forest Drive Suite  6-B PMB 338
Columbia SC 29204 US

Save Changes

For help with directPRIVACY, please refer to our FAQ about directPRIVACY.

# Current Domain Owner Contact Information

**Name:** Domain Name Proxy Service, Inc Direct Privacy ID EFFC1

**Email:** mywebrewardsclub.com@domainnameproxyservice.com

**Organization:** Direct Privacy ID EFFC1

**Address:** P.O. Box 6592
Metairie, LA 70009 US

**Phone:** 1-504-355-0082

Record doesn't look correct? Click here to refresh it.
Generate new Direct Privacy ID

About directNIC | Legal Information | Site Map
©2012 DNC Holdings, Inc. All rights reserved.



of 1                                                    5/18/2012 11:07 AN

**DNC Holdings, Inc. Att.
Page 6 of 8**

settings | directNIC                                    https://secure.directnic.com/myaccount/settings/invoices.php/transactio...



**Welcome, promolabs!**
Customer No: **549479**
Last Login: 18-May-2012 09:25:34 CDT     Logout

| Home | Domain Search | Hosting | Sign-Up | My Account | Renew | Help | Contact Us |

| Domain Manager | Renewal Manager | Transfer Manager | directNIC Credits | Customer Settings |

**Customer Settings**
▸ Contacts Manager
▸ Account Information
▸ Default Domain Settings
▸ Nameserver Profiles
▸ Affiliate Program
▸ Invoices
▸ Change Your Password
▸ Set Transfer Security
▸ Notification Settings
▸ Credit Card Manager
▸ Login Activity
▸ directNIC Emails

**Basic Options**
▸ Domain Registrations
▸ Bulk Registrations
▸ Domain Transfers
▸ Domain Renewals
▸ Bulk Renewals
▸ POP3 Email Accounts
▸ Webmail Access

**Advanced Options**
▸ Accept Credit Cards
▸ directDNS Pro
▸ SSL Certificates
▸ directNIC Hosting
▸ directPRIVACY

**About This Page**
Use this page to track transactions posted to your directNIC account.

**Need Help?**
▸ FAQ
▸ Trouble Ticket System
▸ Resource Center
▸ Guides

Thank you! Your payment has been accepted.
Please print or save a copy of this page, as it is your proof of payment.

DNC Holdings, Inc.
3500 N. Causeway Blvd.
Suite 160
Metairie, LA 70002
+1.877.856.9598 telephone
+1.888.564.7373 fax
07/06/2011 10:48:56

**Billed To:**
SubscriberBASE
System Admin
4840 Forest Drive Suite 6-B PMB 338
Columbia, SC 29204
US
803-790-8381

**Customer #:** 549479
**Sales Draft #:** 5747504

System Admin,

Thank you for purchasing the following service(s) through directNIC:

| Type | Description | Quantity | Price | Subtotal |
|---|---|---|---|---|
| Register .COM Domain | onlinebrandprizes.com | 1 | $15.00 | $15.00 |
| Register .COM Domain | mywebrewardsclub.com | 1 | $15.00 | $15.00 |
| Register .COM Domain | retailbrandrewards.com | 1 | $15.00 | $15.00 |
| Register .COM Domain | hugebrandrewards.com | 1 | $15.00 | $15.00 |
| Register .COM Domain | brandprizesonline.com | 1 | $15.00 | $15.00 |

**Total Amount Charged:** US$75.00

**Remote IP Address:** 70.61.199.35

**This is an official DNC Holdings, Inc receipt/sales draft for proof of payment.

About directNIC | Legal Information | Site Map
©2012 DNC Holdings, Inc. All rights reserved.



**DNC Holdings, Inc. Att.**
**Page 7 of 8**

ettings | directNIC                                    https://secure.directnic.com/myaccount/settings/invoices.php?transacti...



Welcome, promolabs!
Customer No: **549479**
Last Login: 18-May-2012 09:26:34 CDT
Logout

Home    Domain Search    Hosting    Sign-Up    My Account    Renew    Help    Contact Us
Domain Manager    Renewal Manager    Transfer Manager    directNIC Credits    Customer Settings

**Customer Settings**
- Contacts Manager
- Account Information
- Default Domain Settings
- Nameserver Profiles
- Affiliate Program
- Invoices
- Change Your Password
- Set Transfer Security
- Notification Settings
- Credit Card Manager
- Login Activity
- directNIC Emails

**Basic Options**
- Domain Registrations
- Bulk Registrations
- Domain Transfers
- Domain Renewals
- Bulk Renewals
- POP3 Email Accounts
- Webmail Access

**Advanced Options**
- Accept Credit Cards
- directDNS Pro
- SSL Certificates
- directNIC Hosting
- directPRIVACY

**About This Page**
Use this page to track transactions posted to your directNIC account.

**Need Help?**
- FAQ
- Trouble Ticket System
- Resource Center
- Guides

Thank you! Your payment has been accepted.
Please print or save a copy of this page, as it is your proof of payment.

DNC Holdings, Inc.
3500 N. Causeway Blvd.
Suite 160
Metairie, LA 70002
+1.877.856.9598 telephone
+1.888.564.7373 fax
07/22/2011 09:57:04

**Billed To:**
SubscriberBASE
System Admin
4840 Forest Drive Suite 6-B PMB 338
Columbia, SC 29204
US
803-790-8381

Customer #: 549479
Sales Draft #: 5762952

System Admin,

Thank you for purchasing the following service(s) through directNIC:

| Type | Description | Quantity | Price | Subtotal |
|------|-------------|----------|-------|----------|
| directPRIVACY | mywebrewardsclub.com | 1 | $5.00 | $5.00 |

**Total Amount Charged:** US$5.00
**Remote IP Address:** 70.61.199.35

**This is an official DNC Holdings, Inc receipt/sales draft for proof of payment.



About directNIC | Legal Information | Site Map
©2012 DNC Holdings, Inc. All rights reserved.

**DNC Holdings, Inc. Att.
Page 8 of 8**

**PX4**

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY
## PURSUANT TO 28 U.S.C. § 1746

1.    I, ~~SAQUONA WHEELER~~ have personal knowledge of the facts set forth below and am competent to testify as follows:

2.    I have authority to certify the authenticity of the records produced by Cox Communications, Inc., and attached hereto.

3.    The documents produced and attached hereto by Cox Communications, Inc., are originals or true copies of records of regularly conducted activity that:

     a.    Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

     b.    Were kept in the course of the regularly conducted activity of Cox Communications, Inc.; and

     c.    Were made by the regularly conducted activity as a regular practice of Cox Communications, Inc.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on ___October 26, 2012___

_____
Signature

**ATT.**

IP 98.191.147.2 assigned to a CB Fiber customer; cannot confirm account information for 1/2011.

Account on 7/2012 & 9/2012.



**Cox Communications, Inc. Att.**
**Page 1 of 4**







Receivables Edge sm - Transaction Detail                                      Page 1 of 1

## Transaction Details

| | Hide Transaction | |
|---|---|---|

| Type | Payment Status | Transaction Total | Credit Date | Process Date | Lockbox | Site | Batch | Item | Group | Pages |
|---|---|---|---|---|---|---|---|---|---|---|
| LBX | Deposited | $2,515.96 | 6/21/12 | 6/21/12 | 53280 | Phoenix | 65600 | 175 | | 2 |

| Payment Number | Amount | Remitter | Remitter RT | Remitter DDA |
|---|---|---|---|---|
| 1935 | $2,515.96 | | | |

**Workflow/Notes :**



https://rms.jpmorgan.com/Portal/Search/TransactionDetails.aspx?ID=1064046219                    11/2/2012

**Cox Communications, Inc. Att.**
**Page 3 of 4**

Receivables Edge sm - Transaction Detail                                               Page 1 of 1

## Transaction Details

| | Hide Transaction | | |
|---|---|---|---|

| Type | Payment Status | Transaction Total | Credit Date | Process Date | Lockbox | Site | Batch | Item | Group | Pages |
|---|---|---|---|---|---|---|---|---|---|---|
| LBX | Deposited | $2,154.48 | 10/19/12 | 10/19/12 | 53280 | Phoenix | 65601 | 29 | | 2 |

| Payment Number | Amount | Remitter | Remitter RT | Remitter DDA |
|---|---|---|---|---|
| 2385 | $2,154.48 | | | |

Workflow/Notes :



<span style="float:right">**Return To Top**</span>

**Cox Communications, Inc. Att.**
**Page 4 of 4**

# PX5

## CERTIFICATE OF AUTHENTICITY

I, Chi Nguyen, certify:

1. I am a Custodian of Records for Google Inc. ("Google"), located in Mountain View, California. I am authorized to submit this Certificate of Authenticity on behalf of Google in response to a Subpoena dated July 10, 2012 (Google Inc. Internal Reference No. 243309) in the matter of FTC CID File No. 052 3139. I have personal knowledge of the following facts and could testify competently thereto if called as a witness.

2. Attached is a true and correct copy of one disk of data with Internal Ref. No. 243309 ("Disk") containing true and correct copies of records pertaining to the email addresses allsquaredomains@gmail.com.████████████████████

███████████████████████

████████████████████

3. The documents attached hereto reflect records made and retained by Google. The records were made at or near the time the data was acquired, entered, or transmitted to or from Google; the records were kept in the course of a regularly conducted activity of Google; and the making of the records were a regular practice of that activity.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 17, 2012

Chi Nguyen, Custodian of Records for Google Inc.

**Subscriber Information**

```
Email:            allsquaredomains@gmail.com
Status:           Enabled
Services:         Talk,          Gmail
Name:             Admin Support
Secondary email:  domains@pcinvestmentcorp.com
Created on:        06-Jul-2011 05:41:00pm GMT
Lang:             en
IP:               67.214.244.18 on 06-Jul-2011 05:40:59pm GMT
```

**Logs**

```
All times are displayed in UTC/GMT.
allsquaredomains@gmail.com
```

```
No log data is available.
```

Google Confidential and Proprietary

**PX6**

## DECLARATION OF LISA SMITH
## PURSUANT TO 28 U.S.C. § 1746

I, Lisa Smith, have personal knowledge of the facts and matters discussed in this declaration, and, if called as a witness, could and would testify as follows:

1.  I am employed by Best Buy Stores, L.P., a subsidiary of Best Buy Co., Inc. ("Best Buy"), a multinational consumer electronics retailer headquartered in Richfield, Minnesota. My position is Vice President of Enterprise Customer Care. My position includes responsibility for all of the company's customer support channels including phone, e-mail, and social media.

2.  Over the past year, Best Buy has received tens of thousands of complaints from consumers who have received unsolicited text messages promising them Best Buy gift cards. Best Buy has expended considerable time and resources in responding to these complaints and attempting to clear up consumer confusion.

3.  Best Buy has received tens of thousands of complaints via phone, e-mail, and social media from consumers who have received text messages misusing the Best Buy brand name, including a total of approximately 15,000 complaints during December 2012 and January 2013. The text messages generally offer a $1000 Best Buy gift card, stating, for example: "Your entry last month WON! Go to http://bestbuyprizes.net and enter your Winning code: "4584" to claim your Free $1000 Best Buy Giftcard within 24 hours!" The text messages invite consumers to click on a link contained in the message to visit a website that purportedly gives away the free gift cards. Additional examples of links that have appeared in the text messages that consumers have complained about or that we have otherwise identified are: are: bestbuywin.net, http://bestbuywon.net, bestbuy-1k.com, 1kbestbuy.com, 1k-bbcard.com, bestbuy-reward.com, bestbuyprizes.net,

bestbuy.com.gpgc.biz, bestbuy.com.tfkt.biz, bestbuy.com.bdey.biz, bestbuy.bdez.biz, bestbuy.com.baqz.biz, bestbuy.com.bvcy.biz, bestbuyspree.com, bestbuywon.mobi, giveawayson.mobi, edealsnow.mobi, wonbestbuy.com, bestbuy.com.tbtt.biz, giveaway1k.com, celldealsnow.info, bestbuy.com.baxz.biz, bestbuy10.com, bestbuy.com.bcyz.biz, claimoncell.com, uwntths.biz, bsshg.biz, dntht.biz, htrshtn.biz, melksmny.biz, and 1kgiftlink.com

4.   Best Buy customer service representatives have spoken with thousands of the consumers who have filed complaints. Many of the consumers have expressed confusion about whether Best Buy is responsible for the text messages and have complained that the messages were unsolicited and, in some cases, resulted in extra phone charges. Other consumers contact Best Buy to inquire why they have not received their free gift card or whether the offer is legitimate. Numerous consumers also have noted that they were directed from the text messages to a website requiring them to provide personal information and/or fulfill other conditions to receive the gift card. Many of these consumers have expressed concern that they provided personal information and did not know how their information was going to be used. Attached as **Attachment A** are comments excerpted from consumer complaints received by Best Buy.

5.   In response to the tremendous number of complaints that Best Buy received about the gift card scams, Best Buy posted a consumer education piece on its website during March 2012. A copy of the consumer education piece -- entitled "Learn About How to Protect Yourself Against Phishing, Smishing and Gift Card Scams" -- is attached to this declaration as **Attachment B**, and is also available on the Internet at http://www.bestbuy.com/site/Privacy-

2

Policy/regularCat%3Apcmcat266100050002/pcmcat266100050002.c?id=pcmcat266100 050002.

6.     Best Buy has devoted significant time, effort, and money to address this gift card scam.
For example, Best Buy employees have devoted hundreds of hours responding to
consumer concern and confusion about the messages. In addition, the gift card scam has
harmed Best Buy's brand name. Many consumers have wrongly assumed that Best Buy
is responsible for the text messages or the websites offering the free gift cards. Based on
this misunderstanding, consumers have expressed anger at Best Buy directly and on
various Internet websites for sending them the unsolicited text messages or not honoring
the promise of free gift cards. The confusion around this scam also impacted Best Buy's
ability to conduct legitimate promotions. To attempt to prevent the scam from
continuing, Best Buy has expended considerable funds hiring third parties to investigate
and sue third parties responsible for the gift card scams. Best Buy's damages for
responding to consumer concerns, third party investigations, and litigation costs,
including attorney's fees and expenses, have amounted to approximately \$250,000 to-
date. This does not account for the damage to the Best Buy brand.

I declare under penalty of perjury that the foregoing is true and correct. Executed on
February 18, 2013, within the United States.

_Jim Smith_
[name]

3

# ATT. A

**Attachment A**

1. "I went to www.best-buy-offers.com after receiving a text message telling me to go there and collect a $1000 gift card prize. I filled out and submitted some personal information before realizing that this web site was not legitimate. I tried to cancel everything, but it was too late. Now I'm receiving non-stop spam emails from all over the place."

2. "Today I received this text below from bqxymbyqg@bbcardnotify.net, and I responded to it. The text message was the same as the one below. Once I clicked on the website, it said it was Best Buy and asked me for my personal information (name, birthday, and email) and said I had won a $1000 gift card. It looked legitimate, so I filled it out, but now I'm worried that it was fraudulent. Here is the website it directed me to: http://bestbuy.rewardhubzone.com .

   Please let me know what you think I should do to protect myself and my identity."

3. "I received a phone text message----"Your entry has won! Go to http://bestbutrwd.com to claim your $ 1000 Gift card". Google couldn't find it. Legit?"

4. "We received a text message on our cell phone that said the following:"go to bestbuycontest.com enter winning code 6207 for your $1000 gift card within 24 hrs." message sent to us thru text message @ 1:53 am on 10/27/12. message sent from (909) 837-7749 I went to the site but my anti-virus blocked it with a warning, so I backed out and went no further. Is this an actual message from Best Buy ? I shop at Best Buy, but don't remember giving my cell phone number."

5. "I received a text stating to go to a website to get a $1000 Bestbuy Gift Card. I am winner #40527. I am to go to this web site www.bit.ly/Vo9IME and use the code #5270. Can you tell me if this for real or a scam?"

6. "I received a text message from 1-407-405-1431 saying that I won a 1000 dollar gift card Go to http://www.bestbuy.com.freetrip.mobi and enter winning code 5555 to claim Your free 1000 best buy gift card. This must be a scam???"

7. "This site BestBuyRaffle.com is using your images and the lure of a $1000 Best Buy Gift card to conduct a fraudulent business. They are also, sending unsolicited texts to cell phones advertising this site. Those come from phone number 909-973-7076. That is how we learned of it. The site and the text are set up to look as though they are something that Best Buy is doing for customers. This can only damage your company reputation. Thanks for listening,"

8. "This msg is inform you that I received a text msg from ph# 2252051592 ofering a $1000 best buy gift card, which I understend is a bogus offer. Maybe you can use the phone number to help stop these people from useing your name"

9. "I am not sure it's the place to contact I received this fake/scam text message: "Your entry last month has WON! Go to http://bestbuyprizes.net/ and enter code 4787 to claim your

FREE $1000 Berst Buy Gift Card within 24 hours!"Text ID: 5613516226 Please take some legal action to stop this scam."

10. "I wanted to report a text message phishing scam / fraud attempt purporting to be from Best Buy. I received a text message (on my personal cell phone; above is my work line) from this phone number: (760)310-2681 which contained the following text:
"Your entry has won! Go to http://bestbuyrwd.com to claim your $1000 Gift Card."
When I looked up the whois for the domain name, the registration was filed less than two weeks ago, somewhere in Panama, under the name of (can you believe it) "Internet.bs Corp."
(See here:http://www.networksolutions.com/whois-search/bestbuyrwd.com)

I have not visited the domain out of fear for my computer, but I wanted to inform Best Buy so you can begin taking legal action. I am sending duplicates of this message via your "Email Us" feature on your web site, as well as to domain.admin@BESTBUY.COM, domain.tech@BESTBUY.COM, and am also reporting this to the FBI's Cybercrime division. I hope you can get whoever is doing this and prevent harm from being perpetrated on your consumers and your brand."

11. "I got a scam text on my company phone. Here is the message forwarded from my phone: Your entry last month has WON! Go to BestBuyContest.com and enter your winning code 8475 to claim your FREE $1000 BestBuy gift card within 24 hrs. Phone number was 7146166156 Just want to pass this on."

12. "domain fruad, someone is using bestbuy name to fruad people, i got a text saying i won a 1,000 gift card from best buy and to go to www.bestbuycontest.com please look into it"

13. "Today I received a text message saying that I had won a $1000 Best Buy Gift Card. It said for me to go to www.bestbuy.com.pclm.biz/?claimed=212. Then to enter Winning Code 6655 Is this a legitimate contest?"

14. "Received this text from 1 510 610 08553 stated that I had won Your entry in our annual drawing won you a FREE $1000 BestBuy GiftCard! Enter "925" at www.bestbuy.com.bdey.biz and we can ship it today..Thought your legal department should know of the scam.. So you do not have Customers upset.. Thanks for your what I know will be a prompt follow up..I think I had actually entered on your website a while back a drawing.. Who Knows at this point Thanks"

15. "I reviewed a text from 646-300-1346 its listed as Best Buy rewards too! telling me just won a thousands dollar gift card and to enter code 8228 to Claim my gift card. I will gladly take the gift card if its legit but if not you guys to make your customer aware of this bullshit! I can tell you with 15 years as an Leo with not desperate times people fall for this crap. Now add desperate times and even more people will fall for this scam and get taken! Your customers need to be altered to this Bs!"

16. "Dear Sirs....I understand that Best Buy is interested in pursuing false emails and text messages that, claim the recipient is a winner of a $1000 gift card from Best Buy.... I received the following text on my cell phone: "Your entry last month has WON! Go to http://www.bestbuy.com.gpgc.biz/ and enter your Winning Code: "6655" to claim your FREE $1,000 BestBuy Giftcard!" This text came from a cell phone # (202)531-9328 on 05/26/12 @6:14 PM Of course, when calling the number, a recording that "this telephone has a voice mail-box
that has not been set up, the mailbox is full, or my call can not be completed as dialed" is received. Hope you nail these jerks......"

17. "I was sent a text message today via AT&T texting asking me to connect to the following website: http://www.bestbuy.com.bstz.biz for the opportunity to win a free $1000 USD BestBuy gift card. The hyperlink provided DOES NOT WORK on my mobile phone or a computer-based web browser. Either the link is fraudulent or there is a problem with one of your web servers/portals. Please investigate."

18. "I received a text that I have won a $1,000 Best Buy gift card. I was directed to a website to enter my "winning code" to claim my free prize. The website is: www.bestbuy1kprize.com After going to site I learned I had to complete a number of offers before I would get my "Free" card. I believe this is fraud and deceptive advertising and intend to take legal action depending on your response."

19. "I received an email and also a text that says I won a $1000 gift card. I was just curious if this is valid or not. I haven't opened it bc I dont know if it's a virus or what. The number I received it from is: 347.987.0807 Here is the link: http://www.bestbuy.com.youre-a-winner.net/?id=ywfplwbfkh The message I received as a text is: "You have been randomly selected for a BestBuy gift. Get your $1000 gift card at www.bestbuy.com.youre-a-winner.net/?id=ywfplwbfkh"

20. "I recently got an unwanted text that promoted Best Buy. I do not think it came from your company but I found it very difficult to be removed from the list. As long as I get them, I am reluctant to reward them by shopping at Best Buy. If there is a way or you to discourage them from using your brand, that would likely be best. The link I got should be below."

# ATT.  B

**CLOSE**

## Learn About How to Protect Yourself Against Phishing, Smishing and Gift Card Scams

Attempts at obtaining personal information from consumers for use in commiting fraud are on the rise worldwide. Individuals trick consumers into revealing personal information by posing as legitimate businesses. Best Buy is the target of many of these scams today and consumers are receiving e-mails and texts containing these fraudulent offers. Consumers can protect themselves from these schemes by being on the lookout and knowing when to disregard this type of activity.

## Types of Scams

**GET A $1000 GIFT CARD FREE!**

### Gift Card Offer Scams

What the scam is: A website advertisement, e-mail or text message that offers a high-value gift card.

How the scam works: The scam directs consumers to a website that requires them to make purchases, provide personal information, and/or fulfill other conditions in order to receive the gift card. Once the conditions are met, the consumer may never receive the gift card or may have spent more than the value of the gift card.

### Phishing Scam

What the scam is: A valid-looking e-mail, website or other online message that directs consumers to a legitimate-appearing website that requests account information and/or other confidential information. Phishing messages often indicate that a consumer's account has been frozen or jeopardized and that the consumer must provide immediate information.

How the scam works: Once confidential information is obtained, identity theft and other forms of theft can occur.

### Smishing Scams

What the scam is: Similar to a Phishing scam, but in this situation, consumers receive a text in order to carry out the scam.

Note: A gift card offer may also be the subject of Phishing and Smishing messages.

## How to Protect Yourself

### Gift Card Offer Scam

- Don't respond to e-mails, text messages or online ads offering free gift cards unless you are expecting this communication from a company.
- Make sure the website address and branding match up with the company referenced in the offer.

### Phishing/Smishing Scams

- Contact organizations only through trusted channels.
- Beware of e-mails and texts that have you "verify" personal information online. Most legitimate companies will never request personal information in this manner including Best Buy.
- Scammers may attempt create a feeling of panic — don't rush to respond to or follow the dictates of suspicious e-mails.
- Don't click on links or cut and paste links from questionable e-mail and text messages and websites.
- Read the terms and conditions of offers — they often require that consumers take inappropriate or unreasonable actions.
- URL-checker software and other software is available that can protect against phishing scams.
- Report the fraudulent text to your mobile provider

### Contact Us

Please contact us if you suspect a scam regarding an offer from Best Buy. If you receive a suspicious email, please forward the entire message, including the header, to us for investigation: sbuse@bestbuy.com.

**Phone:**

1-888-BEST BUY (1-888-237-8289)

**E-mail:**

abuse@bestbuy.com

**Mail:**

Best Buy Corporate Campus
Attn: Customer Care/Privacy
7601 Penn Avenue South
Richfield, MN 55423-3645

### Additional Resources

Better Business Bureau: http://www.bbb.org/online/consumer/default.aspx
Federal Trade Commission: http://www.ftc.gov/bcp/edu/microsites/idtheft/consumers/index.html
OnGuardOnline.gov (a partnership site run by the Federal Trade Commission): http://onguardonline.gov/topics/avoid-scams
Snopes.com: http://snopes.com/
FaceCrooks.com http://FaceCrooks.com

Top of Page



# PX7

## DECLARATION OF CHERI KERSTETTER
## PURSUANT TO 28 U.S.C. § 1746

I, Cheri Kerstetter, have personal knowledge of the facts and matters discussed in this declaration, and, if called as a witness, could and would testify as follows:

1.    I am employed at AT&T Services, Inc. ("AT&T") and my position is Lead Billing Ops Manager at the Global Fraud Management Organization, in Finance. My position includes but is not limited to Process Manager of Mobility SPAM, which includes collecting, reviewing, investigating and treating mobility accounts that are sending SPAM messages inbound and outbound to AT&T.

2.    AT&T, like many mobile telephone and wireless carriers, provides its subscribers with text messaging services. Text messaging services permit sending and receiving of text messages to wireless devices from other wireless devices, electronic mail accounts, and various Internet applications. To send or receive a text message through wireless devices, a sender transmits the message electronically, either directly or indirectly, through the sender's device to the wireless network provider, which then transmits the message through the recipient's wireless network provider to the recipient's device. AT&T offers unlimited messaging plans for its customers, however, some customers choose to pay for text messages on a per message basis or have a monthly limited messaging plan. For customers that are not on an unlimited messaging plan and receive spam text messages, they may be charged for spam text messages on a per message basis.

3.    Spam text messages are unsolicited and generally unwanted commercial advertisements sent to wireless devices. Spam text messages are a growing problem for AT&T and its customers. The messages not only annoy and harass AT&T's subscribers, but they also raise customer service costs and can cause congestion on AT&T's network. AT&T has

incurred costs working to minimize and prevent spam text messages. The company has implemented a spam-defense system that detects and blocks the spread of spam messages. AT&T continues to incur costs to develop mechanisms to combat the growth and evolution of spam messaging.

4. AT&T is one of the first U.S. carriers to implement the 7726 (SPAM) reporting code, which allows its customers to report unsolicited text messages to AT&T. AT&T has a fraud account team that monitors 7726 complaints from customers, actively investigates spam complaints and suspends and/or terminates accounts where there is evidence of unsolicited text messaging. From reviewing 7726 complaints, we see that spam text messages often announce that a consumer has "won" something, enticing the consumer to respond and collect a prize. In 2012, AT&T received approximately 240,000 customer complaints via the 7726 reporting code with content announcing the customer had "won" something (examples include free gift cards to Walmart, Best Buy, and Target and free iPads).

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 21, 2013, within the United States.

Cheri Kerstetter

# PX8

DECLARATION OF MICHAEL F. ALTSCHUL
PURSUANT TO 28 U.S.C. § 1746

I, Michael F. Altschul, have personal knowledge of the following facts and matters discussed in this declaration, and if called as a witness, could and would testify competently to them:

1.     I am over the age of eighteen.

2.     I currently serve as Senior Vice President and General Counsel of CTIA—The Wireless Association ("CTIA") in Washington, D.C.

3.     CTIA is a non-profit organization representing a diverse array of participants in the Nation's wireless communications industry. CTIA's membership includes hundreds of service providers, manufacturers, wireless data and Internet companies, as well as other contributors to wireless services. On behalf of all sectors of the wireless communications industry, CTIA appears in regulatory proceedings before the Executive Branch, the Federal Communications Commission, Congress, and various state legislative bodies. CTIA also undertakes outreach efforts to the government and the public to raise awareness on issues of importance to the wireless communications industry.

4.     In 2010, I received a request from the Federal Trade Commission ("FTC") for statistics regarding the percentage of wireless telephone subscribers in the United States who have service plans that require them to pay a per-message fee for each text message that they receive.

5.     Although CTIA does not collect the data requested by the FTC, I offered to canvass CTIA members that are the largest U.S. wireless communications service providers, and ask each carrier to provide the requested text message statistics directly to Donald B. Farren, a Certified Public Accountant contracted by CTIA, for aggregation. In this way, neither CTIA nor any carrier would have visibility into any competitive information, but the FTC would receive the information it had

1   requested on an aggregated basis directly from Mr. Farren.

2   6.     I requested and received agreement from each of the four largest U.S.

3   wireless communications service providers, AT&T Mobility, Sprint, T-Mobile, and

4   Verizon Wireless, to provide the text message statistics being requested by the

5   FTC in the manner described above. According to Bank of America Merrill

6   Lynch, as of the third quarter of 2010, these four wireless communications service

7   providers collectively served about 90.3 percent of the total number U.S. wireless

8   subscribers.

9   7.     Each of these service providers, along with Mr. Farren, have confirmed to

10   me that they provided Mr. Farren with the following information: (1) the total

11   number of subscribers of the service provider; (2) the total number of their

12   subscribers who have a service plan that requires them to pay a fee for each text

13   message that they send or receive; and (3) the total number of their subscribers

14   who have a service plan that allows them to send or receive a specified number of

15   text messages each month, but requires them to pay a fee for each text message that

16   they send or receive once they exceed the monthly allowance **and** exceed that

17   allowance in a typical month.

18   8.     Once Mr. Farren received the requested information from each of the four

19   service providers, he aggregated the data to provide the following statistics: (1) the

20   total number of subscribers of the four service providers; (2) the total number and

21   percentage of the subscribers of those four service providers who have a service

22   plan that requires them to pay a fee for each text message that they send or receive;

23   and (3) the total number and percentage of the subscribers of those four service

24   providers who have a service plan that allows them to send or receive a specified

25   number of text messages each month, but requires them to pay a fee for each text

26   message that they send or receive once they exceed the monthly allowance **and**

27   exceed that allowance in a typical month.

28

I state under penalty of perjury that the foregoing is true and correct.

Executed on: _February 14_ , 2011.

Michael F. Altschul

# PX9

## DECLARATION OF DONALD B. FARREN
## PURSUANT TO 28 U.S.C. § 1746

I, Donald B. Farren, have personal knowledge of the following facts and matters discussed in this declaration, and if called as a witness, could and would testify competently to them:

1. I am over the age of eighteen.

2. I am a Certified Public Accountant with an office in Rockville, Maryland.

3. In 2010, I was contracted by CTIA—The Wireless Association ("CTIA") to aggregate certain data regarding wireless telephone subscribers of the four largest U.S. wireless communications service providers.

4. I received data from the four largest U.S. wireless communications service providers: AT&T Mobility, Sprint, T-Mobile, and Verizon Wireless.

5. Among the information I received from each of these service providers was: (1) the total number of subscribers of the service provider; (2) the total number of their subscribers who have a service plan that requires them to pay a fee for each text message that they send or receive; and (3) the total number of their subscribers who have a service plan that allows them to send or receive a specified number of text messages each month, but requires them to pay a fee for each text message that they send or receive once they exceed the monthly allowance **and** exceed that allowance in a typical month.

6. Upon receipt of that information from each of those service providers, I aggregated the data from the four service providers. The statistics calculated from that data follow:

    (1)    The total number of subscribers of the four service providers is **202,244,645 subscribers;**

    (2)    The total number of the subscribers of those four service providers who have a service plan that requires them to pay a fee for each text

1         message that they send or receive is **17,894,593 subscribers** or

2         approximately **9% of all subscribers**; and

3    (3)      The total number of the subscribers of those four service providers

4         who have a service plan that allows them to send or receive a

5         specified number of text messages each month, but requires them to

6         pay a fee for each text message that they send or receive once they

7         exceed the monthly allowance **and** exceed that allowance in a typical

8         month is **6,249,958 subscribers** or approximately **3% of all**

9         **subscribers**.

10

11

12      I state under penalty of perjury that the foregoing is true and correct.

13 Executed on: 14 February , 2011.

14

15

16

17                 Donald B. Farren

18

19

20

21

22

23

24

25

26

27

28